FULL NAME CUONG HUY DAO

COMMITTED NAME (if different) CdCR NO. AN6855

FULL ADDRESS INCLUDING NAME OF INSTITUTION P.o box 4430

LANCASTER, CA. 93539

PRISON NUMBER (if applicable) CSP. LAC. ASU.Z1.185

FILED
CLERK, U.S. DISTRICT COURT

AUG 15 2024

CENTRAL DISTRICT OF CALIFORNIA
BY MDV        DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF,

v.

DEFENDANT(S).

CASE NUMBER 2.24-CV07000-JWH-PVC

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

Demand Jury Trial

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2.  If your answer to "1." is yes, how many?  3

Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:

Plaintiff _____ CUONG HUY DAO

Defendants _____ P. Tabor et, al.,

b. Court _____ U.S district court EASTERN dist. OF CA.

c. Docket or case number _____ 2:22-CV-00846-CSK

d. Name of judge to whom case was assigned _____ CHI SOO KIM

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____ PENdING trIAl OR AWARdING

f. Issues raised: _____ EXCESSIVE FORCE, 8-TH AMENdMENT vIolATIoNS

g. Approximate date of filing lawsuit: _____ MAY 19, 2022

h. Approximate date of disposition _____ MAY 17, 2024

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

If your answer is no, explain why not _____ N/A

3. Is the grievance procedure completed? ☑ Yes   ☐ No

If your answer is no, explain why not _____ N/A

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _____ CUONG HUY DAO
(print plaintiff's name)

who presently resides at _____ P.O box 4430
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at _____ CSP-LAC , LANCASTER , CA.
(institution city where violation occurred)

CIVIL RIGHTS COMPLAINT

Additional Lawsuits Continued PAGE A1-                    A1

A. PREVIOUS LAWSUITS

2.  a. PLAINTIFF          CUONG HUY DAO

    DEFENDANTS    Gibbs, et al.,

    b. COURT    U.S district court, NORTHERN dist. of CA.

    c. docket number    23-CV-05756-EJD

    d. Judge Assigned    EWARD J. DAVILA

    e. disposition    PENDING

    F. ISSUE Raised    8th Amendments violations

    g. Filing date    APRIL 8, 2023

    h. disposition date    JUNE 10, 2024

3.  a. PLAINTIFF          CUONG HUY DAO

    DEFENDANTS    D. CAMPBELL et al.,

    b. COURT    U.S district court, EASTERN dist. of CA.

    c. docket number    2:23-CV-01242-DMC

    d. Judge Assigned    DENNIS M. COTA

    e. disposition    PENDING

    F. ISSUE RAISED    8th Amendment violation

    g. Filing date    JUNE 29, 2023

    h. disposition date    mar 17, 2024

on (date or dates) _____ N/A _____, _____ N/A _____, _____ N/A _____.
(Claim I)                    (Claim II)                 (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __d. CHAMBERLAIN_____ resides or works at
   (full name of first defendant)

   __N/A_____
   (full address of first defendant)

   __CSP LAC  CHIEF DEPUTY WARDEN_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   __defendant is Employed with cdcr As warden_____

2. Defendant __K. bRADFORD_____ resides or works at
   (full name of first defendant)

   __N/A_____
   (full address of first defendant)

   __CSP LAC  CORRECTIONAL COUNSELOR II_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   __defendant is Employed with cdcr As COUNSELOR_____

3. Defendant __G. GARCIA    (m)_____ resides or works at
   (full name of first defendant)

   __N/A_____
   (full address of first defendant)

   __CSP LAC  CORRECTIONAL OFFICER_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:

   __defendant is Employed with cdcr As OFFICER_____

4. Defendant    C. GONZALES _____ resides or works at
(full name of first defendant)

N/A
(full address of first defendant)

CSP LAC CORRECTIONAL OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

defendant is employed with cdcr AS Officer

5. Defendant    S. Plactos _____ resides or works at

(full name of first defendant)

N/A
(full address of first defendant)

CSP LAC CORRECTIONAL OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

defendant is employed with cdcr AS Officer
(Additional defendantes 3B - 3K) 31 total.

---

**CIVIL RIGHTS COMPLAINT**

3-h

on (date or dates) _____N/A_____, _____N/A_____, _____N/A_____.
(Claim I)                (Claim II)              (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

6.   1.   Defendant _____C. davis_____ resides or works at
          (full name of first defendant)

          _____N/A_____
          (full address of first defendant)

          _____CSP LAC CORRECTIONAL OFFICER_____
          (defendant's position and title, if any)

          The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

          Explain how this defendant was acting under color of law:
          _____defendant is employed with cdcr as officer_____

7.   2.   Defendant _____E. SOLANO_____ resides or works at
          (full name of first defendant)

          _____N/A_____
          (full address of first defendant)

          _____CSP LAC CORRECTIONAL Police_____
          (defendant's position and title, if any)

          The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

          Explain how this defendant was acting under color of law:
          _____defendant is employed with cdcr as Police_____

8.   3.   Defendant _____d. martinez-flores_____ resides or works at
          (full name of first defendant)

          _____N/A_____
          (full address of first defendant)

          _____CSP LAC CORRECTIONAL OFFICER_____
          (defendant's position and title, if any)

          The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

          Explain how this defendant was acting under color of law:
          _____defendant is employed with cdcr as officer_____

3 C

on (date or dates) ___N/A___(Claim I) , ___N/A___(Claim II) , ___N/A___(Claim III) .

**NOTE:**  You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant ___A. dURAN___ resides or works at
(full name of first defendant)

___N/A___
(full address of first defendant)

___CSP LAC CORRECTIONAL OFFICER___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
___defendant is employed with cdcr as officer___

2. Defendant ___E. TORRES___ resides or works at
(full name of first defendant)

___N/A___
(full address of first defendant)

___CSP LAC CORRECTIONAL OFFICER___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
___defendant is employed with cdcr as officer___

3. Defendant ___b. SANCHEZ___ resides or works at
(full name of first defendant)

___N/A___
(full address of first defendant)

___CSP LAC CORRECTIONAL OFFICER___
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
___defendant is employed with cdcr as officer___

3d

on (date or dates) _____ N/A _____ , _____ N/A _____ , _____ N/A _____
(Claim I)            (Claim II)           (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant ____ L. GOMEZ _____ resides or works at
(full name of first defendant)

____ N/A ____
(full address of first defendant)

____ CSP LAC CORRECTIONAL OFFICER ____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

____ defendant is employed with cdcr as officer ____

2. Defendant ____ M. SAVKO _____ resides or works at
(full name of first defendant)

____ N/A ____
(full address of first defendant)

____ CSP LAC CORRECTIONAL OFFICER ____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

____ defendant is employed with cdcr as officer ____

3. Defendant ____ G. HERNANDEZ _____ resides or works at
(full name of first defendant)

____ N/A ____
(full address of first defendant)

____ CSP-LAC DOCTOR ____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

____ defendant is employed with cdcr as medical doctor ____

3 E

on (date or dates) _____ N/A _____ , _____ N/A _____ , _____ N/A _____ .
(Claim I)                              (Claim II)                          (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _____ VENEGAS _____ resides or works at
(full name of first defendant)

N/A
(full address of first defendant)

CSP LAC REGISTER NURSE
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

defendant is employed with cdck as medical nurse

2. Defendant _____ MOSAY _____ resides or works at
(full name of first defendant)

N/A
(full address of first defendant)

CSP LAC REGISTER NURSE
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

defendant is employed with cdck as medical nurse

3. Defendant _____ I. ALANIS _____ resides or works at
(full name of first defendant)

N/A
(full address of first defendant)

CSP. LAC CORRECTIONAL OFFICER
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

defendant is employed with cdck as officer

**CIVIL RIGHTS COMPLAINT**

3F

on (date or dates) _____N/A_____, _____N/A_____, _____N/A_____.
                    (Claim I)           (Claim II)        (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **S. GOMEZ** resides or works at
(full name of first defendant)

**N/A**
(full address of first defendant)

**CSP/LAC CORRECTIONAL OFFICER**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

**DEFENDANT IS EMPLOYED WITH CDCR AS OFFICER**

2. Defendant **V. LEON** resides or works at
(full name of first defendant)

**N/A**
(full address of first defendant)

**CSP-LAC CORRECTIONAL OFFICER**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

**DEFENDANT IS EMPLOYED WITH CDCR AS OFFICER**

3. Defendant **J. ALVAREZ** resides or works at
(full name of first defendant)

**N/A**
(full address of first defendant)

**CSP-LAC CORRECTIONAL OFFICER**
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

**DEFENDANT IS EMPLOYED WITH CDCR AS OFFICER**

on (date or dates) _____N/A_____ , _____N/A_____ , ___N/A___
                         (Claim I)              (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant  __L. MAGANA_____ resides or works at
              (full name of first defendant)

   __N/A_____
   (full address of first defendant)

   __CSP-LAC  CORRECTIONAL OFFICER_____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__defendant is employed with cdcr as officer_____

2. Defendant  __U. blanco_____ resides or works at
              (full name of first defendant)

   __N/A_____
   (full address of first defendant)

   __CSP-LAC  CORRECTIONAL OFFICER_____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__defendant is employed with cdcr as officer_____

3. Defendant  __I. bANUEVALOS_____ resides or works at
              (full name of first defendant)

   __N/A_____
   (full address of first defendant)

   __CSP LAC  CORRECTIONAL OFFICER_____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual ☐ official capacity.

Explain how this defendant was acting under color of law:
__defendant is employed with cdcr as officer_____

3 H

on (date or dates) _____N/A_____, _____N/A_____, _____N/A_____.
                      (Claim I)              (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant ___E. RIVERA_____ resides or works at
             (full name of first defendant)

   ___N/A_____
   (full address of first defendant)

   ___CSP-LAC CORRECTIONAL OFFICER_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   ___defendant is employed with cdcr as officer_____

2. Defendant ___E. GARCIA (F)_____ resides or works at
             (full name of first defendant)

   ___N/A_____
   (full address of first defendant)

   ___CSP LAC CORRECTIONAL OFFICER_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   ___defendant is employed with cdcr as officer_____

3. Defendant ___D. GRAIG (F)_____ resides or works at
             (full name of first defendant)

   ___N/A_____
   (full address of first defendant)

   ___CSP LAC CORRECTIONAL OFFICER_____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:
   ___defendant is employed with cdcr as officer_____

on (date or dates) _____ N/A _____, _____ N/A _____, _____ N/A _____.
(Claim I)                              (Claim II)                              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _____ I. LOPEZ (F) _____ resides or works at
(full name of first defendant)

_____ N/A _____
(full address of first defendant)

_____ CSP LAC CORRECTIONAL OFFICER _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____ defendant is employed with cdcr as officer _____

2. Defendant _____ S. BRITO _____ resides or works at
(full name of first defendant)

_____ N/A _____
(full address of first defendant)

_____ CSP LAC CORRECTIONAL OFFICER _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____ defendant is employed with cdcr as officer _____

3. Defendant _____ A. CADENA _____ resides or works at
(full name of first defendant)

_____ N/A _____
(full address of first defendant)

_____ CS/ LAC CORRECTIONAL OFFICER _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____ defendant is employed with cdcr as officer _____

on (date or dates) _____ N/A _____, _____ N/A _____, _____ N/A _____.
(Claim I)                    (Claim II)                   (Claim III)

**NOTE:**   You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

28. 1. Defendant _____ K. RECINOS _____ resides or works at
(full name of first defendant)

_____ N/A _____
(full address of first defendant)

_____ CSP LAC CORRECTIONAL OFFICER _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____ defendant is employed with cdcr as officer _____

29, 2. Defendant _____ A. miller _____ resides or works at
(full name of first defendant)

_____ N/A _____
(full address of first defendant)

_____ CSP LAC CORRECTIONAL OFFICER _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____ defendant is employed with cdcr as officer _____

30. 3. Defendant _____ m. QUIROZ _____ resides or works at
(full name of first defendant)

_____ N/A _____
(full address of first defendant)

_____ CSP LAC CORRECTIONAL OFFICER _____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
_____ defendant is employed with cdcr as officer. _____

on (date or dates) ___**N/A**___(Claim I)___ , ___**N/A**___(Claim II)___ , ___**N/A**___(Claim III)___ .

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

**31.**   1.   Defendant ___**J. REINA**_____ resides or works at
(full name of first defendant)

___**N/A**_____
(full address of first defendant)

___**CSP LAC CORRECTIONAL OFFICER**_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
___**DEFENDANT IS EMPLOYED WITH cdcr AS OFFICER**_____

2.   Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

3.   Defendant _____ resides or works at
(full name of first defendant)

_____
(full address of first defendant)

_____
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:

**D. CLAIMS***

<b>CLAIM I</b>

The following civil right has been violated:

1. my 8th Amendment Rights were violated as documented between April 16 to June 20, 2024 at CSP-LAC ASU Housing by these officers and their solicited inmates in their unlawful participation to committed assault and battery acts against me by mean of deliberately food poisoning actions.

2. my 8th Amendment Rights were violated when D.C.L officials maliciously set me up to be attacked on G.P yard and the officers use unlawful and unnecessary force excessively against me to enforce it.

3. my 8th Amendment Rights were violated when the medical staff took cover up indifference action to delay and deprived me of medical care caused by these officers infliction of sbi to my person.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. O.G.P Log No. 560758 on April 29, May 2, and May 8, 2024 at meal services CSP-LAC ASU C.O S. Placios , C.O G. Garcia , C.O b. Sanchez Had unlawfully participated with each other and their solicited inmates in cells F160-Gomez, F161-Sanchez, F162-Fleming to deliberately tamper with my state meals and maliciously served me-F163 to eat in order to harmed me with poisoned foods. The ingested tamper food caused a poisoned adverse effect to my brain, heart and body. it had chemically battered my body with irritation, ache and pain. it also caused blurred vision and digestive issues. When confronted, C.O S. Placios maliciously confirmed His misconduct and braggedly told me to 602 it.

( Continued on additional pages 1 - 17 )

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

---

<b>CIVIL RIGHTS COMPLAINT</b>

(CONTINUED ON ADDITIONAL PAGE 1-17)   1.

D. CLAIMS

CLAIM 1

THESE RIVAL INMATES TOLD ME THAT C.O. S. PLACIOS AND OTHER STAFF POISONED MY STATE MEALS WITH HARMFUL SUBSTANCES, FECES, AND/OR PSYCHOTIC MEDICATION. I PUT IN MULTIPLE CDCR 7362 REQUEST FOR TOXICOLOGY EVIDENCES WHICH MEDICAL UNLAWFULLY FAILED TO PROVIDE. CSP-LAC ASU PT. MARTINEZ, PT. MCKINNEY, AND PT. J. GALEANO ARE AWARES OF THESE OFFICERS AND INMATES PARTICIPATION TO HARM AND MURDER ME SLOWLY EACH DAY WITH TAMPER STATE MEALS. THE ONLY QUESTION IS DID SOME OF THESE MEDICATION NURSE ALSO UNLAWFULLY PARTICIPATED.
AS A RESULT OF THEIR POISONING VIOLATIONS, I WASN'T ABLE TO CONSUMED ALL MY MEALS, LOSE ALOT OF WEIGHT AND HEALTH, AND HAS FUTURE ADVERSE EFFECT IMPLICATION.

2. OGP LOG NO. 560758 ON MAY 2, 2024 10:10 A.M. ASU = COUNSELOR K. BRADFORD AND CHIEF DEPUTY WARDEN D. CHAMBERLAIN UNREASONABLY AND MALICIOUSLY ACTED TO SET ME UP TO BE ASSAULTED FOR THE (6) TIMES WHEN THEY IGNORED MY DOCUMENTED CONCERN AND RELEASED ME CSP-LAC B-YARD G.P PENDING TRANSFER TO SVSP.
THEY KNEW MY EX-PRISON-ASSOCIATES TOLD ME, I'M NOT ALLOW TO PROGRAM THERE BECAUSE OF THE 2007 DISMISSED RAPE CHARGES A VIETNAMESE COP UNLAWFULLY ARRESTED ME ON, AND THE (5) YEAR ABDUCTION INTO THE E.O.P CUSTODY.
WARDEN D. CHAMBERLAIN GOT AGITATED AND INSTIGATEDLY TOLD ME IF I HAVE SAFETY CONCERN ISSUE, GO TO B-YARD AND HANDLE IT THERE. WE DON'T CONSIDER YOUR PRISON POLITIC HERE, AND MALICIOUSLY SHOUTED ORDER TO C.O C. GONZALES TO "GET ME OUT OF HERE AS HE YELLED", "WE DONE."

3. I STOOD UP TO LEAVE AS WARDEN D. CHAMBERLAIN ANGRILY DEMANDED AND IMMEDIATELY WITH OUT PROVOCATION C.O C. GONZALES UNLAWFULLY AND MALICIOUSLY ATTACKED ME FIRST.
C.O C. GONZALES VIOLENTLY WRAPPED HIS ARMS AROUND MY NECK, SHOULDER AND CUFFED ARMS TO SLAMMED ME WITH MAXIMUM FORCE TO THE FLOOR. MY HEAD HITS THE WALL, LOCKER AND FLOOR LEAVEN A LARGE SWOLLEN LUMP ON RIGHT SIDE OF HEAD.
I FELT A BONE SNAPPED PAIN IN MY LEFT WRIST AND SHOUTED "MY LEFT WRIST IS BROKEN. I COULDN'T MOVE IT.

my HEAD, body, WRISTS, KNEES AND ANKLES WAS IN 2.
EXCRUCIATED PAINS, AND MUSCLE SPASM PAINS AS THEY
APPLIED UNREASONABLE FORCE AND EXCESSIVE FORCE.

4. C.O S. PLACIOS LOOKED ME IN THE EYES, HEARD AND SAW my BROKEN LEFT WRIST COMPLAINT but IGNORED ME AS HE CONTINUED EXCESSIVELY TO TWISTED AND TORN AT my LEFT WRIST AS HE GAVE me A MAD DOG LOOK AND INFLICTED THE SADISTIC HARMED.

5. C.O A. DURAN, C.O G. GARCIA, C.O C. GONZALES MALICIOUSLY APPLIED FORCE TO MY body AS C.O b. SANCHEZ APPLIED FORCE TO my LEGS.

6. C.O S. PLACIOS THEN YELLOUT, "HIS LEFT HAND CUFF IS bROKEN OFF HIS WRIST," AND THREATEN TO ATTACKED me WITH THE OG GAS AS HE RE CUFFED IT.

7. C.O b. SANCHEZ CLAIM I KICKED but i don't RECALLED doING IT. IF i did, IT WAS UNDELIBERATE ACTION OF PERMANENT DAMAGED NERVES, CHARLEY HORSE REACTION TO STRAIGHTEN OUT MUSCLE SPASM.

8. My RIGHT KNEE WERE bADLY INJURED AND UNABLE TO STAND SO C.O A. CHANEY GOT A WHEEL CHAIR AND ROLLED ME TO SEE PT. MCKINNEY WHO CONDUCTED THE 1st 7219. I told HIM I HAD SbI TO my LEFT WRIST AND RIGHT KNEE, my LEFT WRIST HAS 1 INCH AND A HALF FLESH CUT ACROSS IT, i couldN't move IT AND It's bROKEN, bLEEDING AND SWELLING. STAFF THEN WHEELED me TO my HOUSING 21.170 AND I NOTICE SERIOUS bodily INJURY TO my NECK AND RIGHT SHOULDER WITH LIMITED MOVEMENT, SWELLING AND CONSTANT PAIN LEVEL 1-8.

9. At 10:55 A.M C.O C. GONZALES WALKED by my CELL 21.170 AND THREATENED TO EXTRACTED me TO b. YARD AGAIN,

10. AND At 11:58 A.M PT. GALBANO AND A C.O HAD CONDUCTED PILL CALL iN F POD AND I told HIM I NEED MEDICAL CARE. HE SAID THEY AIREADY KNOW AND WILL GET TO me. I PUT IN A 7362 REQUEST FOR MEDICAL CARE but IT bEEN 7 dAYS AND THEY STILL HAVE NOT PROVIDE CARE. THE OFFICERS CONTINUED TO ATTACKED me WITH POISONED FOODS AND i ACCEPT IT INORDER TO FACTUALLY REPORT IT VIA 602'S.

3.

11. OGP LOG NO. 570189 ON MAY 28, 2024 TUESDAY 6:41 A.m meal Food ASU C.O S. GOMEZ, C.O C. GONZALES maliciously participated with Rival Inmates Holmes, Morgan F165, LEAL-T166, WARFIELD F164 to poisoned my state meal and served me F170 to eat inorder to harmed me with poisoned Food. I ate the tamped patty meat gravy, diced potato, cereal and contacted a drugged effect. It assaulted my brain, heart and body with irritation, aches and pain. It also caused irritable throat couching. I asked these officers did they pass these meal tray to any inmate prior to serving it to me. C.O S. GOMEZ SAID NO, and C.O C. GONZALES Said Yes, it came From the KITCHEN LIKE that. They both blatantly lied. At 7:15 A.m C.O H. Moure escorted me to ASU CAGE yard, Inmate Holmes, Inmate Morgan, Inmate bottom, Inmate Leal informed me that C.O C. GONZALES, C.O S. GOMEZ participated with them to tampers with my meal trays every time they conducted meal service. Sometimes staff tamped on their own.

12. OGP LOG NO. 570189 ON MAY 28, 2024 Tuesday 3:48 P.m C.O J. ALVAREZ, C.O J. MARTINEZ-FLORES and C.O CHAVEZ (F) ? deliberately tamper with my state meal and maliciously served me to eat inorder to harmed me with poisoned food. I ate the tamper bake chicken, BBQ SAUCE, bean, PEAS and contacted a drugged adverse effect. It chemically battered my brain, heart and body with irritation, ache and pain. It also caused digestive issues. When asked did they passed those meal tray to any inmate prior to serving it to me, C.O J. Alvarez said NO. C.O J. MARTINEZ-FLORES refused to answer. All the feeding staff told me is blatant lied that it came from the kitchen LIKE that.

13. OGP LOG NO. 570189 ON MAY 29, 2024 WEDNESDAY 7:01 A.m meal food C.O S. GOMEZ, C.O C. GONZALES deliberately tamper with my state meal and maliciously served me to eat inorder to harmed

me with poisoned food, I ate then tamper scramble egg, dice potato, biscuit, cereal and contacted a poisoned adverse effect. It chemically battered my brain, heart and body with irritation, ache and pain. Some 1st watch staff would tamper with the meal tray and let the 2nd watch staff served it to me. Some second watch staff also let inmates poisoned it put back on food cart to attacked me with it. It an ongoing deadly threat against my life each time these staff committed these poisoning actions.

The cdcr ranking staff continued to complicity denied these officers misconducts and refused to investigate and take law consequences. Prior to this grievance reports, I also had files OGT Log No. 556542, # 556480, #560022, #560758, #558916, # 560758, #558911, #564480 and 519614 which all proves my claims cdr staff weaponized the state meals as a tool of excessive force against me discriminately because I'm a black man with an Asian name.

14. OGT Log No. 572771 May 29, 2024 Wednesday 4:36 p.m meal feed c.o d. Martinez-Flores, c.o d. Alvarez deliberately tamper with my state meal and maliciously served me to eat inorder to harmed me with poisoned food. I ate the tamper chicken rice mix, coleslaw, peas and contacted a drugged adverse effect. It chemically battered my brain, heart and body with irritation, ache and pain. It also caused blurred vision and digestive issues. I request multiple times for I.S.U officer to collect my blood and urine sample toxicology report but staff failed to provide. They also failed to substantially investigate these witness and suspected staff and inmates I names in my complaint.

15. Also on Wednesday May 29, 2024 at around 12:50 p.m c.o R. Nkwocha, c.o denecenas escorted me to medical. At about 1:07 p.m RN. Venegas and c.o Galindo inquired about my poisoned symptoms complaints. I told her the officers maliciously try to kill me with tamper state meals daily. However, RN. Venegas made light of it and told me

5.

"You're still alive, you're not dead yet" and she schedule a doctor appointment for 7-14 days. She said she just wanted to observed me because of my serious claimed of poisoning. I said yes it serious. She then left and didn't even check my vital signs. It appear RN. VENEGAS who had also review my 602 complaint took indifference cover up action to denied and delay me reasonable medical care in effort to diluted and hides the poisoning effect. it appears she cover up these officers attempted murder schemes against me. And in doing so, encourages these continual abuse to happen unreported.

16. OGP Log No. 572771 June 1, 2024 Saturday 7:29 A.m. meal food C.O C. Davis deliberately tamper with my state meal and maliciously served me to eat inorder to harmed me with poisoned food. I ate the tamper patty meat, scramble egg, refried bean and contacted a drugged adverse effect. it chemically battered my brain, heart and body with irritation, ache and pain. I had also confronted C.O C. Davis about his prior poisoning violation, and had he took consideration and be a proper authority I would had omitted his involvement, but as it stand, he decided to double down and so wiser lawful discretion must be initiated. The court system is a vital necessity of life. These correctional officers deployed attitudes and actions unsupported by the rule of laws.

17. OGP Log No. 572771 June 1, 2024 Saturday 3:56 P.m. meal feed C.O V. Leon, C.O A. Davalos, C.O C. Davis deliberately tamper with my state meal and maliciously served me to eat inorder to harmed me with poisoned food. C.O A. Davalos and C.O V. Leon gave inmate Wartfield. 21.168 the meal tray to poisoned and they put back on food cart to served me. 21.170. C.O V. Leon also stole the bread bun that C.O C. Davis put on my celldoor food port, and gave it to rival inmate Wartfield. I confronted his misconduct and he played stupid and act like he don't know what I'm talking about.

6.

I saw Him tamper with my Food and I ate it so I can factually prove my claims. I ate the tamper Hot Link, bean, carrot and contacted a poisoned adverse effect. It chemically battered my brain, Heart and body with irritation, ache and pain. It also caused extremely itchy and bleeding throat. At trash pick up, C.O A. davos blamed the Food tampering on C.O Y. Leon.

18. OGP LOG NO. 572771 June 2, 2024 Sunday 6:56 A.m meal Feed C.O M. CORTEZ, C.O S. Gomez, C.O H. Moure deliberately Grouped to tamper with my state meal and malicious served me to eat inorder to Harmed me with Poisoned Food. It Appear staff acted Like they ran out of meal trays again. They was at my cell front 21.170 discussing who would attacked me with the poisoned meal today. At 7:13 A.m C.O M. CORTER and C.O H. Moure served me the tamper Pancake, oat meal, Syrup to eat. I ate this tamper food and contacted a drugged effect. It chemically battered my brain, Heart and body with irritation, ache and pain. inmate Gomez-21.171 to me-21.170 that C.O m. CORTEZ, C.O H. Moure, C.O S. Gomez participated with Him to poisoned me again.

19. OGP LOG NO. 572771 June 2, 2024 Sunday 4:35 P.m C.O J. blanco, C.O J. Reina, C.O C. davis (F), deliberately tamper with my state meal and maliciously served me to eat inorder to Harmed me with poisoned Food. I ate the tamper patty meat sauce, bean, corn, mexican Rice and contacted a drugged adverse effect. It chemically battered my brain, Heart and body with irritation, ache and pain. It also caused itchy throat, blurred vision and burn my tongue and mouth Like Glass cut pain and bleeding. C.O C. davis ? (F), is a non-Regular staff at ASU so it Has to be C.O blanco and Reina who are Regulars. see OGP Log No. 519614, # 558911. I Request all body, ASU, kitchen videos evidence be collected For court.

CLAIM II

11. OGP LOG NO. 582233 ON JUNE 5, 2024 WEDNESDAY 7:02 A.M MEAL FEED ASU C.O M. SAVKO, C.O C. DAVIS DELIBERATELY TAMPER WITH MY STATE MEAL AND MALICIOUSLY SERVED ME TO EAT INORDER TO HARMED ME 21.170 WITH POISONED FOOD. I ATE THE TAMPER PATTY MEAT, BEAN, CEREAL AND CONTACTED A DRUGGED ADVERSE EFFECT. IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN. INMATE HOLMES-21.164, BOTTOM, WASSON 21.165, WARFIELD-21.168 CLAIMED STAFF PARTICIPATED WITH THEM TO POISONED ME.

AT 9 A.M COUNSLER CASTRO CCI SERVED ME NOTICE TO ATTEND I.C.C HEARING ON THURSDAY FOR TRANSFER TO SVSP BUT MAY BE RELEASE TO CSP LAC B-YARD PENDING TRANSFER.

AND AT 3:28 P.M MEAL FEED C.O D. MARTINEZ-FLORES, C.O C. DAVIS, C.O J. ALVAREZ DELIBERATELY TAMPER WITH MY STATE MEAL AND MALICIOUSLY SERVED ME TO EAT INORDER TO HARMED ME WITH POISONED FOOD. I ATE THE TAMPER CHICKEN, SAUSUAGE, RICE AND VEGGIE MIX, BEAN, SALAD, CAKE AND CONTACTED A DRUGGED ADVERSE EFFECT. IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN. THE SAME USUAL SUSPECT BRAGGED TO ME AND EVERYBODY ON THE TIER THEY COMMITTED A BATTERY ON ME AGAIN.

12. OGP LOG NO. 578426 ON JUNE 6, 2024 THURSDAY 6:50 A.M MEAL FEED C.O S. PLACIOS DELIBERATELY TAMPER WITH MY STATE MEAL AGAIN AND MALICIOSLY SERVED ME TO EAT INORDER TO HARMED ME WITH POISONED FOOD. I ATE THE TAMPER PATTY MEAT, SCRAMBLE EGG, BEAN AND CONTACTED A DRUGGED ADVERSE EFFECT. IT CHEMICALLY POISONED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN. IT ALSO CAUSED BLURRED VISION AND DIGESTIVE ISSUE.

AT 9:20 A.M C.O R. NKWOCHA, C.O R. PHILLIPS ESCORTED ME TO MEDICAL. AT 9:40 A.M C.O D. COX BODY CAMERA HAD RECORDED RN. MOSAY INTERACTION WITH ME ABOVE MY SBI FROM MAY 2, 2024 AND MY 7362 REQUEST FOR FULL TOXICOLOGY REPORT BECAUSE OF STAFF FOOD POISONING ACTIONS. RN. MOSAY TOLD ME THAT RN. VENEGAS HAD SENT HER MY 7362 REQUEST AND SHE'LL SCHEDULE A DOCTOR VISIT FOR ME WITHIN 14 DAYS. IT THE SAME COVER UP ACTION RN. VENEGAS DID ON MAY 29, 2024 VISIT. SEE OGP LOG NO. 572771. RN. VENEGAS DIDN'T EVEN TAKE MY VITAL SIGN CHECK UP EVEN THOUGH SHE SAW AND HEARD MY ADVERSE COMPLAINT.

81.

13. RN. MOSAY TOLD ME I HAD A URINE TEST 4 MONTHS AGO SO WHY DO I NEED ANOTHER ONE? I SAID BECAUSE THESE OFFICERS CONTINUED TO ATTACKED ME WITH TAMPER FOOD DAILY. I NEED A FULL TOXICOLOGY REPORT FOR COURT TO IDENTIFY ANY AND ALL HARMFUL SUBSTANCE AND/OR PSYCHOTIC MEDICATIONS IN THE FOOD I INGESTED.

I THEN REQUESTED RN. MOSAY TO CHECK MY VITAL SIGN BECAUSE OF THE ADVERSE EFFECT WHICH RANGES FROM CHEST PAIN, HEADACHES, DIZZINESS, URINATION 10 TIMES IN 2 HOURS, OR EXCREMENTED 6 TIMES IN 2 HOURS. ALSO UNNATURAL SLEEPINESS, CAN'T FALL ASLEEP, HURT TEETH, MOUTH AND THROAT BLEEDS, BRAIN SHOCKS AND MUSCLE SPASM.

SOMETIMES THESE SYMPTOMS LAST HOURS, DAYS, WEEKS AND MONTHS. IT LIKE PLAYING RUSSIAN ROULETTE EVERY TIME THESE OFFICERS UNLOCK MY CELL DOOR FOOD PORT TO HAND ME FOOD TO EAT. WARDEN D. CHAMBERLAIN AND THE OFFICE OF GRIEVANCE UNLAWFULLY AND COMPLICITLY FAILED TO STOP THESE OFFICERS MISCONDUCTS.

RN. MOSAY WRAP THE PRESSURE ARMBAND AROUND MY RIGHT ARM AND ACTIVATED THE MACHINE. WHEN IT STOP THE VITAL NUMBER WERE EXTREMELY HIGH. RN. MOSAY RE-WRAP THE ARMBAND LOOSELY AROUND MY BICEP AND FOREARM AND ACTIVATED THE MACHINE AGAIN. THE ARM-BAND SLID DOWN TO MY FOREARM. THERE WASN'T ANY PRESSURE AT ALL WHEN THE READING NUMBER STOP AND RN. MOSAY FRAUDULENTLY CLAIMED MY BLOOD PRESSURE SCORE WAS PERFECT.

I OBJECTED HER CLAIMED AS C.O COX GAVE A SKEPTFAL LOOK TOO TO RN. MOSAY INDIFFERENCE ACTION TO COVER UP THESE OFFICERS FOOD POISONING ACTIONS AGAINST ME.

C.O NKWOCHA ESCORTED ME BACK TO ATTEND I.C.C HEARING AND ASKED DID MEDICAL SERVICE ME?

I SAID NO. THEY CONTINUED TO TAKE COVER UP ACTION AND DEPRIVE ME OF MEDICAL CARE.

IT BEEN 45 DAYS SINCE STAFF INFLICTED SBI TO MY BODY ON MAY 2 AND CONTINUED TO ATTACKED ME WITH TAMPER FOOD. MY PAIN LEVEL REMAIN AT A CONSTANT 1-4.

14. OGP LOG NO. 578426 ON JUNE 6, 2024 11:30 AM AS U COUNSELOR K. BRADFORD CC II AND WARDEN D. CHAMBERLAIN CONTINUED TO MALICIOUSLY ACTED TO SET ME UP TO BE ATTACK AND/OR KILL ON B. YARD AGAIN.

COUNSELOR K. BRADFORD NARRATIVELY TOLD ME I.C.C ELECTED

to SUSPENDED my SHU term AGAIN EVEN THOUGH THEY HAVE not completed the RVR Process. And they elected to RELEASE me to CSP-LAC b.yard G.P PENDING TRANSFER to SVSP. Since October 16, 2016 to PRESENT date I.C.C setted me up to be ASSAULTED by 2-7 black inmates (5) times. The last time was at PbSP on 4-23-2019 when they ASSAULTED me and Stabbed me NEAR CORNER OF both EYES.

I thank God I was able to block my EYES FROM A direct Hits because they would Had POPPED my EYE balls.

Also since then to now the OFFICERS Had EXCESSIVELY ASSAULTED me IN HANDCUFFED (9) times to FORCE me to ACCEPT A black INmate celly ON A G.P YARD. I 602 it but they UNREASONABLY dismissed it.

And so I was IN REASONABLE distressed and ASKED WARDEN CHAMBERLAIN to Retained me IN ASU HOUSING PENDING TRANSFER to SVSP because of the 2007 R-SUFFIX ICC put ON my 128 G- CHRONO EVEN THOUGH it was dismissed by the D.A, And the (5) YEAR E.O.P custody status WHICH they KNEW my PRISON ASSOCIATES don't ACCEPT.

However, WARDEN CHAMBERLAIN WHO Had REVIEWED my 602's COMPLAINTS AGAINST these OFFICERS Food Poisoning Violations NARRATIVELY told me NO. " IF YOU HAVE SAFTY CONCERN ISSUES, Go to b.yard and deal with it there and dismissed me AGAIN. ICC took INDIFFERENCE ACTION to HARMED me.

15. I SAID NO-MORE and stood to LEAVE. I WASN'T AGGRESSIVE to ANY STAFF, OR YELLED CONFRONTATIONALLY " I'm NOT GOING to the YARD VIOLENTLY, NOR LAUNCH AT WARDEN CHAMBER AS C.O S. PLACIOS AND other OFFICERS Had FABRICATED IN their INCIDENT REPORTS. AS I stood to LEAVE, INSTANTLY I.S.U OFFICER E. SOLANO UNLAWFULLY ATTACKED me FIRST AND VIOLENTLY WRAPPED HIS ARMS AROUND my CUFFED ARMS, NECK AND SHOULDER to slammed me HARD to the FLOOR.

16. INSTANTANEOUSLY C.O S. PLACIOS AND C.O E. TORRES VIOLENTLY GRABBED my CUFFED ARMS AND body to slammed me HARD to the FLOOR too. C.O TORRES EXCESSIVELY APPLIED sadistic FORCE.

17. C.O M. SAUKO AND C.O L. GOMEZ VIOLENTLY Jumped into the ASSAULT AND BATTERY ACTIONS AS they APPLIED maximum FORCE to my body AND Limps. STAFF combined EXCESSIVE FORCES KNOCKED THE Air out my LUNGS AND HEART. I FELT I WAS PASSING OUT AND IN. My HEART, LUNGS,

10.

WRISTS, ARMS AND LEGS WERE SUPPRESSED IN MASSIVE PAINS. CHARLEY HORSES AND MUSCLE SPASM SHOTS THROUGH MY BODY. MY RIGHT KNEE LOCKED UP AND LOST MOVEMENT.

18. I YELLED I CAN'T BREATHES AND STAFF TURN ME ONTO MY LEFT SIDE TO CATCH SOME OXYGEN. I ASKED THEM TO TURN ME TO MY RIGHT TO GET THE WEIGHT OFF MY HEART AND LEFT WRIST BUT THEY UNREASONABLY REFUSED.

19. I WASN'T RESISTING AND DON'T RECALLED I KICKED ANYONE. IF I DID, IT WAS UNINTENTIONAL ACTION BECAUSE OF MUSCLE SPASM REACTION TO STRAIGHTEN MY LEGS. I SUFFERED DOCUMENTED PERMANENT INJURIES TO MY WRISTS, KNEES, AND ANKLES FROM AN UNLAWFUL STAFF ATTACK ON FEBRUARY 5, 2020 INCIDENT WHEN CSP-SAC 1CC RELEASE ME TO G.P YARD.

20. STAFF STOOD ME UP ON MY LEFT LEG BECAUSE MY RIGHT LEG NERVE DAMAGED FLARED UP AND INJURED. C.O L.GOMEZ DELIBERATELY RUBBED HIS DICK AND BALLS AGAINST MY LEFT LEG TO SEXUAL HARASSED ME AS HE SEARCH ME AND SUGGESTIVELY ASKED "YOU GOT ANYTHING IN THERE?" C.O A. CHANDY AND C.O S.PLACIOS LOOKED AT ME AND C.O L. GOMEZ AND RECONIZED HIS SEXUAL MISCONDUCT AGAINST ME.

21. C.O A. CHANDY GOT A ROLL CHAIR AND THEY ROLL ME BACK TO ASU 21.120. C.O L. GOMEZ TOLD ME TO STRIP MY CLOTHES OFF BUT I REFUSED TO BE FURTHER HARASSED. AT 11:35 A.M PT. U. GALVANO CONDUCTED 7SF 7219. MEDICAL REPORT OF INJURY. I REPORTED I SUFFERED SBI TO MY LEFT WRIST, RIGHT KNEE, AND MY NECK AND RIGHT SHOULDER WERE INJURED AND IN CONSTANT PAINS.

CLAIM III

AS THESE OFFICERS TOOK RELENTLESS RETALIATORY ACTIONS TO ATTACKED ME WITH TAMPERS FOODS DAILY, I CONTINUED TO DO THE RIGHT THING AND REPORTED THEIR MISCONDUCTS. ALL THE OFFICERS OPENLY BRAGGED OUT LOUD TO PRISONERS THAT THEY FUCKED ME UP WITH POISONED FOOD DAILY AND I DO NOTHING ABOUT IT BUT 602 IT. C.O D. MARTINEZ-FLORES SHOUTED OUT LOUD "MY 602 DON'T MATTER AND INSTIGATEDLY BROUGHT ME (2) 602 I DIDN'T ASKED FOR. HOWEVER I SAID GIVE ME A PEN TO WRITE IT BUT HE REFUSED.

22. OGT LOG NO. 582233 JUNE 7, 2024 FRIDAY 6:56 A.M. MEAL FEED ASU C.O A. MILLER, C.O L. GOMEZ DELIBERATELY TAMPER WITH MY STATE MEAL AND MALICIOUSLY SERVED ME 21-170 to EAT INORDER to HARMED ME WITH POISONED FOOD. + ATE THE TAMPER CINNAMON BUN, GRITZ, YOGURT AND CONTACTED A DRUGGED EFFECT. IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN.

AT AROUND 9 A.M CAPT. WESTERGREN AND C.O M. SAVKO SERVED ME LOCK UP ORDER FROM THURSDAY I.C.C INDICENT. I TOLD CAPT. WESTERGREN I DON'T WANT TO HURT ANY STAFF AND I DON'T WANT ANY STAFF HURTING ME. I CAN'T GO BACK to B-YARD G.P BECAUSE OF the 2007 DISMISSED R.SUFFIX ICC PUT ON MY 128 6. CHRONO AND the 5 YEAR E.O.P CUSTODY STATUS IN WHICH YOU ALL BEEN FULLY INFORMED OF THROUGH VERBAL AND 602'S APPEALS.

THESE INVOLVED CORRECTION OFFICERS CONTINUED to MURDER ME SLOWLY WITH TAMPER MEAL DAILY AS A RETALIATORY ACTION FOR SEEKING ACCOUNTABLE ACTIONS AGAINST THEIR UNLAWFUL CONDUCTS.

23. OGT LOG NO. 582233 JUNE 7, 2024 FRIDAY 4:42 P.M MEAL FEED C.O L. ALANIZ, C.O L. MAGANA DELIBERATELY TAMPER WITH MY STATE MEAL AND MALICIOUSLY SERVED ME to EAT IN ORDER to HARMED ME WITH POISONED FOOD. I ATE THE TAMPER BEAN, GREEN BEAN, CAKE AND CONTACTED A DRUGGED ADVERSE EFFECT. IT CHEMICALLY POISONED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN. INMATE HOLMES-21.164, BOTTOM, WASSON 21-165, WARFIELD 21-168 CLAIMED STAFF PARTICIPATED WITH THEM to POISON ME 21.170.

24. OGT LOG NO. 582233 JUNE 8, 2024 SATURDAY 4:02 P.M MEAL FEED C.O L. REINA, C.O D. DAVIS DELIBERATELY TAMPER WITH MY STATE MEAL AND MALICIOUSLY SERVED ME to EAT IN ORDER to HARMED ME WITH POISONED FOOD. I ATE THE TAMPER HOT LINK, BEAN, CORN, CANNED PEAR, SALAD AND CONTACTED A DRUGGED ADVERSE EFFECT. IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN. IT ALSO CAUSED BLURRED VISION AND DIGESTIVE ISSUES.

25. OGT LOG NO. 582233 JUNE 9, 2024 SUNDAY 6:51 A.M MEAL FEED C.O A. CARDENA, C.O C. DAVIS DELIBERATELY TAMPER WITH MY STATE MEAL AND MALICIOUSLY SERVED ME to EAT

12.

inorder to Harmed me with Poisoned Food, I ate the tamper pancake, oatmeal and contract a drugged adverse effect. It chemically battered my brain, Heart and body with irritation, ache and Pain, especially when I ate the Parnut butter in the Paper cup.

26. OGP Log No. 582233 June 9, 2024 Sunday 3:58 P.m meal Food C.O M. Quiroz (F), C.O.L. Alverez deliberately tamper with my state meal and maliciously served me to Eat inorder to Harmed me with Poisoned Food. I ate the tamper Patty meat, mash Potato, broccoli, biscuit and contracted a drugged adverse Effect. It chemically battered my brain, Heart and body with irritation, ache and Pain. Inmate 21-164 Holmes, 21-165 bottom claimed staff participated with them to Poisoned me. I Requested body, RSV, Kitchen surveillance vidnos Evidences For court.

27. OGP Log No. 582233 June 10, 2024 monday 7:01 Am meal Feed C.O i. hanuevalos, c.o S. Gomez deliberately tamper with my state meal and maliciously served me to Eat = inorder to Harmed me with Poisoned Food. I ate the tamper scramble egg, biscuit, Cereal and contracted a drugged adverse effect. It chemically battered my brain, Heart and body with irritation, ache and Pain. Inmate Holmes-21-164, bottom-21-165 claim staff participated with them to Poisoned me.

At 9:40 A.m C.O R. Nkwocha, C.O.O R. Phillips escorted me to medical and RN. mosay confirmed my Sbi medical Request From June 6, 2024 D.c.c incident. C.O.L. Carter Refused to turn on Her body camera to Record my interaction as Requested.

These staff continued to deprived me of Reasonable safety and due process. Thus I Requested to be interviewed by outside office of internal affair Regarding my 602's complaints. At present CDCR staff Have Failed to comply.

28. OGP Log No. 582233 June 11, 2024 tuesday 7:13 Am meal Feed C.O E. Rivera, c.o S. Gomez deliberately tamper with my state meal and maliciously served me to Eat inorder to Harmed me with Poisoned Food. I ate the tamper Patty meat, dice Potato, oatmeal and contracted a drugged adverse effect. It chemically battered my brain, Heart and body with

13.

IRRITATION, ACHE AND PAIN. INMATE HOLMES-21-164, BOTTOM 21-165 CLAIMED STAFF PARTICIPATED WITH THEM TO POISONED ME. NOT ONLY WITH THEM BUT I SUSPECTED WITH OTHER RIVALS TOO. THAT WHY THE VIDEOS EVIDENCE IS NEEDED TO SEE EXACTLY WHO, WHERE, WHEN AND HOW THEY TAMPERS WITH ALL THOSE METAL TRAYS.

29. OGP LOG NO. 582233 JUNE 11, 2024 TUESDAY 4:03 P.M MEAL FEED C.O L. GRAIG (F), C.O L. ALVAREZ DELIBERATELY TAMPER WITH MY STOLE MEAL AND MALICIOUSLY SERVED ME TO EAT IN ORDER TO HARMED ME WITH POISONED FOOD. I ATE THE TAMPER CHICKEN SOUPY MIX, BROCCOLI, BEAN SALAD AND CONTRACTED A POISONED ADVERSE EFFECT. IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN. IT ALSO CAUSED THROAT AND GUM BLEEDING, BLURRED VISION AND DIGESTIVE ISSUES. INMATE WARFIELD 21-168 CLAIMED STAFF PARTICIPATED WITH HIM TO POISONED ME. HOLMES-21-164, BOTTOM, WESSON 21-165 ALSO BRAGGED TO EVERYBODY THEY ASSAULTED AND MURDER ME WITH TAMPER FOOD DAILY.

30. OGP LOG NO. 582233 JUNE 12, 2024 WEDNESDAY 6:45 A.M MEAL FEED C.O C. GONZALES, C.O G. GARCIA HAD RETURNED FROM A 2 WEEK VACATION AND THEY MALICIOUSLY SERVED ME POISONED FOOD TO EAT AGAIN FOR REPORTING THEIR MISCONDUCTS. THEY ALSO COMMENTED THAT I WAS BEAT UP ON JUNE 6, 2024 D.C. INCIDENT. I ATE THE TAMPER PATTY MEAT, GRITZ, BISCUIT AND CONTRACTED A DRUGGED ADVERSE EFFECT. IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN. THESE USUAL SUSPECT CLAIMED THEY POISONED ME AGAIN.

31. OGP LOG NO. 582233 JUNE 14, 2024 THURSDAY FRIDAY 7:02A.M MEAL FEED C.O K. RECINOS, C.O C. GONZALES DELIBERATELY TAMPER WITH MY STOLE MEAL AND MALICIOUSLY SERVED ME TO EAT IN ORDER TO HARMED ME WITH POISONED FOOD. I ATE THE TAMPER CINNAMON ROLL, OATMEAL AND CONTRACTED A DRUGGED ADVERSE EFFECT. IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN. IT ALSO CAUSED UNNATURAL SLEEPINESS, BLURRED VISION AND DIGESTIVE ISSUES. INMATE HOLMES 21-164, BOTTOM 21-165, WARFIELD 21-168 BRAGGED OUT LOUD TO ME AND EVERYBODY THEY PARTICIPATED WITH STAFF TO POISONED ME.

14.

32. OGT LOG NO. 582233 June 14, 2024 Friday 4:26 P.m meal FEED C.O S. brito, C.O J. LOPEZ (F) deliberately tamper with my state meal and maliciously served me to eat inorder to harmed me with Poisoned Food. I ate the tamper Pizza, bean, carrot, salad and contracted a drugged adverse effect. it chemically buffered my brain, Heart and body with irritation, ache and pain. it also caused throat and gum bleeding, teeth pain. inmate Warfield 21-168, 21-168 Holmes, 21-168 bottom claim staff Poisoned me again.

33. OGT LOG NO. 580459 June 15, 2024 Saturday 3:40 P.m meal FEED C.O D. martinez, C.O V. LEON, C.O CHAVEZ (F) deliberately tamper with my state meal and maliciously served me to eat inorder to harmed me with Poisoned Food. I ate the tamper bake chicken breast, bean, carrot, egg, salad, cake and contracted a Poisoned adverse effect. it chemically buffered my brain, Heart and body with irritation, ache and pain. I saw C.O D. martinez-Flores and C.O V. Leon participated with inmate Warfield 21-168 to poisoned it, put back on food cart to served me 21-170. C.O D. martinez-Flores then leave to grabs (4) ice sticks and let C.O V. Leon served me the poisoned Food. The RANKING staff continued to denied and cover up these officers misconducts and claimed its implausible that staff would tampers with my state meals. they makes these unreasonable excuses so they can Refused to investigates and take disciplinary actions. There are over 10,000+ CDCR cases in the U.S district court that proves it plausible and over right guilty. Also see OGT LOG NO. 577935 when C.O martinez-Flores deprived me of water and incited inmates to attacked me.

34. OGT LOG NO. 580459 June 16, 2024 Sunday 6:55 A.m meal FEED C.O L. magana, C.O S. Gomez deliberately tamper with my state meal and maliciously served me to eat inorder to harmed me with Poisoned Food. I ate the tamper Patty meat, scramble egg, grits and contracted a poisoned effect. it chemically buffered my brain, Heart and body with irritation, ache and pain. inmate Leister 21-171 told me C.O L. magana told him they poisoned me again.

OGT LOG NO. 580459 JUNE 16, 2024 SUNDAY 4:35 P.M MEAL FEED C.O D. MARTINEZ-FLORES, C.O C. BLANCO, C.O L. ALVAREZ DELIBERATELY TAMPER WITH MY STATE MEAL AND MALICIOUSLY SERVED ME TO EAT INORDER TO HARMED ME WITH POISONED FOOD. I ATE THE TAMPER SPAGHETTI, CARROT, CORNBREAD, SALAD AND CONTACTED A POISONED ADVERSE EFFECT. IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN. IT ALSO CAUSED THROAT AND GUM BLEEDING WITH AN ITCHY GLASS CUT PAINS. AT 6:31 P.M I DECLINED LAUNDRY SERVICE BECAUSE I LIKE TO HAND WASH ALL MY CLOTHES. C.O BLANCO IGNORED MY REFUSAL AND PROVOCATIVELY SHINED A FLASH LIGHT AT MY DICK TO SEXUALLY HARASSED ME. I WAS IN PAINS FROM THE ADVERSE FOOD POISONING SYMPTOMS. I GOT ANGRY AND TOLD C.O BLANCO TO STOP PROPOSITIONING ME FOR MY BLACK DICK. C.O BLANCO THEN THREATENED TO WRITE ME UP. I TOLD HIM GO AHEAD. EVERYBODY ON THE TIER KNOWS YOU BEEN SEXUALLY HARASSING ME AND FED ME POISONED FOOD. IT TRUE BECAUSE C.O BLANCO NEVER ISSUE A RVR. SEE OGT LOG NO. 576345 # 580453.

35. OGT LOG NO. 582233 JUNE 19, 2024 WEDNESDAY 6:58 A.M MEAL FEED C.O S. GOMEZ, C.O C GONZALES DELIBERATELY TAMPER WITH MY STATE MEAL AND MALICIOUSLY SERVED ME TO EAT INORDER TO HARMED ME WITH POISONED FOOD. I ATE THE TAMPER PATTY MEAT GRAVY, DICE POTATO, GRITZ, BISCUIT AND CONTACTED A DRUGGED ADVERSE EFFECT. IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN. AT 9:45 A.M C.O R. NKWOCHA, C.O R. PHILLIPS ESCORTED ME TO MEDICAL. I TOLD DR. HERNANDEZ THAT STAFF BEEN FEEDING ME POISONED FOOD DAILY AND RESULTED IN SBI TO MY VITAL ORGANS. I ALSO SUSTAINED SBI TO MY WRISTES, KNEES, HEAD AND RIGHT SHOULDER FROM MAY 2, AND JUNE 6, 2024 I.C.C INCIDENTS. I REQUESTED X-RAYS AND TOXICOLOGY REPORTS. HOWEVER DR. HERNANDEZ TOLD ME HE COULDN'T ORDER X-RAY FOR ALL MY SBI BUT TO PICK A INJURY I WANT X-RAY ON. I TOLD HIM TO XRAY MY LEFT WRIST AND RIGHT SHOULDER. I DON'T TAKE PSYCHOTIC MEDICATION OR HARMFUL SUBSTANCES SO IT HAS TO BE FROM THE INGESTED TAMPER FOOD WHEN ANY OF THOSE SUBSTANCES SHOWS UP IN MY SYSTEM. I DO TAKE OTC IBUPROFEN, NAPROXEN, GELUSI ANTACID, LORATADINE ALLERGY PILL AND VITAMIN C PILL.

36. OGP LOG NO. 582233 JUNE 19, 2024 WEDNESDAY 3:34 P.M. MEAL FEED C.O D. MARTINEZ-FLORES, C.O U. ALVAREZ DELIBERATELY TAMPER WITH MY STATE MEAL AND MALICIOUSLY SERVED ME TO EAT INORDER TO HARMED ME 21.170 WITH POISONED FOOD. I ATE THE TAMPER CHICKEN BREAST, BROCCOLI, BEAN, POTATO, SALAD AND CONTRACTED A POISONED ADVERSE EFFECT. IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN, IT ALSO CAUSED THROAT, GUM AND TONGUE BLEEDING WITH AN ITCHY ACID BURN SYMPTOMS. INMATE LUSTER 21.171 TOLD ME C.O. D. MARTINEZ-FLORES ADMITTED TO HIM MULTIPLE TIME THAT THEY POISONED MY FOOD.

37. OGP LOG NO. 582233 JUNE 20, 2024 THURSDAY 6:56 A.M. MEAL FEED C.O A. ZADOIZ C.O C. GONZALES DELIBERATELY TAMPER WITH MY STATE MEAL AND MALICIOUSLY SERVED ME TO EAT INORDER TO HARMED ME WITH POISONED FOOD. I ATE THE TAMPER PATTY MEAT GRAVY, DICE POTATO, BISCUIT, AND CONTRACTED A DRUGGED EFFECT, IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN. INMATE HOLMES-21.164, BOTTOM 21.165 CLAIMED STAFF PARTICIPATED WITH THEM TO POISONED ME.
AT 10:30 A.M. C.O R. NIKWOCHA, C.O R. PHILLIPS ESCORTED ME TO MEDICAL AND RN. VENEGAS WHO HAD REVIEWED MY 602'S COMPLAINTS AGAINST STAFF POISONING VIOLATIONS CONFIRMED IT WAS THE SAME POISONING SYMPTOMS AND SAID DOCTOR HERNANDEZ HAD APPROVED MY 7362 REQUEST FOR X-RAY AND TOXICOLOGY REPORT.
AT 10:55 A.M. C.O M. TILLMAN, C.O K. RECINOS WHO ATTACKED ME WITH TAMPER FOOD ON JUNE 14, 2024 AT A.M. MEAL SERVICE ESCORTED ME TO RADIOLOGIST RECYNTHIA FOR X-RAY ON MY RIGHT SHOULDER AND BOTH WRISTS. RECYNTHIA COMMENTED ABOUT MY LEFT WRIST SBI AND RIGHT SHOULDER SBI WHICH WAS AT A CONSTANT PAIN LEVEL OF 1-3. MY LEGS WERE ABOUT 80% HEALED, AND NO X-RAYS WERE TAKEN OF MY KNEES.

38. OGP LOG NO. 582233 JUNE 20, 2024 THURSDAY 1:15 P.M. C.O BEAM ESCORTED ME TO LT. M. ROSALES FOR (5) RVR HEARING. LT. M. ROSALES TOLD ME AS A MAN HIS FEELING IS DIFFERENT AND THESE RVR'S WOULD NOT STAND UP IN COURT BUT HOWEVER IT IS CDCR PROCESS SO HE HAS TO FIND ME GUILTY ON. I TOLD LT. M. ROSALES I APPRECIATED HIS

Honesey and no, I don't want to make any statement at this time, and I plead not guilty.

At present the cdcr authority had applied above 7 years of credit time loss to my 16 years prison term. So yes these staff misconducts to unlawfully harmed me with tamper foods, set me up to be assaulted on GP yard and excessively battered me in handcuffed have mentally and physically effected my health and safety adversely.

39. OGP LOG NO. 582233 June 20, 2024 Thursday 4 p.m. meal food ASU, C.O. E. Garcia (F), C.O U. Alvarez deliberately tamper with my state meal and maliciously served me 21-170 to eat in order to harmed me with poisoned food. I ate the tamper patty meat, broccoli, bean, salad, and contracted a poisoned adverse effect. It chemically battered my brain, heart and body with irritation, ache and pain. Inmate Holmes 21-164 told me C.O E.Garcia gave him the meal tray to poisoned, put back on food cart to served me. Inmate Luster 21-F71 also told me C.O E.Garcia and U. Alvarez confirmed to him they fed me tamper food again. In all my goal's I request I.S.U to collect courel evidences and reviewed body, ASU and kitchen videos to see exactly who, where, when and how staff and/or solicited inmates poisoned it and with what substances. As a result of these staff poisoning violation I have lost alot of health and weights which will no doubt have long lasting adverse effect in my future days. Warden d. Chamberlain and the rest of cdcr ranking authority unlawful failured to take lawful actions to stop these officers discriminated actions to hurt and harmed me with poisoned state meals are unacceptable by settled laws. The cdcr failured to substantially investigates and hold these officers and/or their solicited inmates accountable is an evasion of justice and an admission of guilt. At present these officers and their solicited inmates helpers maliciously continued to attacked me relentlessly with tampers state foods.

8.11.24   C. H

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

PLAINTIFF DAO RESPECTFULLY ASKED THE COURT to GRANT HIM COMPENSATION AND PUNITIVE DAMAGES RELIEF OF $2,000,000 dollars FOR:

1. because these officers And their solicited inmates GROUPED to tampers AND WEAPONIZED the state meals daily AS A tool OF EXCESSIVE FORCE ACTIONS and maliciously SERVED Plaintiff to consumed IN ORDER to HARMED and murder Him slowly with polsoned food, UNCHECKED.

2. because WARDEN CHAMBERLAIN AND COUNSELOR BRADFORD NARRATIVELY And maliciously IGNORED Plaintiff REASONABLE CONCERNS WHEN they took INDIFFERENCE ACTIONS to illegally SUSPENDED HIS SHU TERMS AGAIN AND SET HIM UP to RELEASE to b-yard G.P. to be ASSAULTED FOR the 6th times.

3. because these officers UNLAWFULLY USED UNNECESSARY And EXCESSIVE FORCE AGAINST Plaintiff to ENFORCE WARDEN CHAMBERLAIN ORDER WHICH RESULTED IN SBI to HIS HEAD, NECK, SHOULDER, HEART, WRIST AND KNEE.

4. And because the medical staff took cover up INDIFFERENCE ACTION to delayed AND deprived Plaintiff OF REASONABLE EMERGENCY CARE caused by these officers INFLICTIONS OF SBI to plaintiff body by means of food polsoning AND PHYSICAL ASSAULT AND battery ACTIONS.

but of course it up to the Judge discretion to AWARDS Plaintiff more or LESS AS THE COURT FINDS FAIR AND REASONABLE UNDER these OPPRESSIVE CIRCUMSTANCE WANTONLY deployed by these mis-Guided PRISON Employees misconducts.

8·11·24
*(Date)*

C/H
*(Signature of Plaintiff)*

---

**CIVIL RIGHTS COMPLAINT**

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# S60758

Page 1 of 2

| STAFF USE ONLY | OGT Log No: ~~560075~~ | Date Received: |
|---|---|---|
| | Decision Due Date: | |
| | Categories: | |

**Claimant Name:** C. H. DAO    **CDCR #:** AU6855

**Institution/Parole Region:** CSP-LAC    **Current Housing/Parole Unit:** ASU F120

PRIOR CELL
F163

**STAFF USE ONLY**

Use this form to file a complaint with the Department.

In order for the Department to understand your complaint, please answer all of the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

ON 4-29-24 MONDAY, 6:44 A.M MEAL FOOD, CSP-ASU-2nd WATCH C.O S. PLACIOS UNLAWFULLY PARTICIPATED WITH OTHER OFFICERS, INCLUDED PILL CALL STAFF, AND OTHER INMATES TO HARM ME-F163 WITH DELIBERATED FOOD POISONING ACT. I ATE THE SCRAMBLE EGG, DICE POTATO, CEREAL AND CONTRACTED A DRUGGED POISONING SYMPTOMS. IT ASSAULTED AND BATTERED MY VITAL ORGANS. THE POISONING CAUSED BRAIN, HEART ACHES AND IRRERATIONS FOR 8+ HOURS. IT COULD BE STAFF WHO DOPED OR GAVE THE MEAL TRAYS TO RIVAL INMATES GOMEZ F160, SANCHEZ-F161, FLEMING-F162 OR INMATE IN ANOTHER POD. UNIT TO POISONED IT, PUT BACK ON FOOD CART TO SERVE ME-F163. I CONFRONTED C.O S. PLACIOS ABOUT HIS ILLEGAL ACTIVITY AND HE TOLD ME TO 602 IT. ON 4.30-24 AFTER CHOW, ABOUT 15 MINUTES LATER, 7 A.M C.O C. GONZALES, C.O L-MAGANA INFORMED ME TO TRANSPACK OUT TO COURT AT SVSP. DEALING WITH THE SAME ISSUES OF FOOD

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 560758 | Date Received: MAY 10 2024 |
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: C. H DAO    CDCR #: AU6855

Institution/Parole Region: CSP-LAC    Current Housing/Parole Unit: ASU F170

### STAFF USE ONLY

*Use this form to file a complaint with the Department.*

**In order for the Department to understand your complaint, please answer all of the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

ON 5-2-24 tHuRsDAY, 6:46 A.m meal FEED, CSP-LAC-ASU-2Nd WATCH C.O D. GARCIA, C.O B. SANCHEZ (F) GROUPED to ASSAULT ANd BATTERED mE-F170 witH Poison DRUGGED FOOD AGAIN. I Ate tHe tAmPER OAt meAl, PAtty mEAt GRAVY, DiCE POtAto ANd CONtAcfED A POISONING SYmPtoms. It BATTERED mY BRAIN, HEARt ANd BodY witH ACHES ANd irritAtioN FoR SEVERAL HouRS.
So tHEN Af 9:50 A.m oR So, C.O S. PlAClOS HAd AGitAtively tRY to REFuSEd mE WAIST-CHAIN REStRAINt WHEN HE ESCORtED mE to ASU-ICC-HEARING.
ARound 10-10:15 A.m C.O C. GONZALES, C.O B. SANCHEZ SEAtED mE IN FRONt OF CdW-CHAMBERLAIN, WHO ALONG witH CCII K. BRADFORD HAd SEttED mE UP to GEt ASSAULtED FOR tHE (6) timE At G.P, B-YARd BE CAUSE tHEY UNREASONABLY ACtED to SUSPENDED PRE-mERd 7-23-24 tERm, RELEASE mE to B-YARd to AWAIt TRANSFER to SUSP. I BEEN KIdNAPPED INto tHEIR E.O.P CUSTODY FOR (5) YEARS ANd CANNOt PROGRAM ON ANY REGULAR G.P YARd. I HAd REASONABLY REQUEST CHAMBERLAIN to KEEP mE AdSEG HOUSE UNtil TRANSFER to SUSP BE CAUSE mY N.C EX. ASSOCIATES NOt GOING to LEt mE PROGRAM AmONG tHEm, PERIOd. CHAMBERLAIN GOt AGitAtED ANd tOld mE iF I HAVE

ADA Accessible

3.

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

# 560758
DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

SAFETY CONCERN issues Go Handle it there. We don't considered your PRISON Politic HERE, and He told C.O C. Gonzales, we done, GET Him out of Here He yelled. I stood up to Go and object CHAMBERLAIN Decision and voice my CONCERNS, But "BAM" C.O C. Gonzales immediately without any PROVOCATION acted UNLAWFULLY and violently GRABBED my ARMS and Body to slammed me Hard HEAD First to the Floor. my Head Hits the wall or Locker, and Floor, Leaven a LARGE swollen Lumps. I Felt SEARED - SNAPPED PAINS and SHOuted "my LEFT WRIST IS BROKEN Multiple times." I Have PRIOR PERMANENT INJuries to my WRISTS, KNEES, and ANKLES so it was Excruciating Painful, I couldn't move my wrist. All my Joints Hurted. my RIGHT side SHOULDER and NECK was IN PAIN, swelled and still Hurting now. C.O S. Placios HEARD and saw But He continued Excessibly to twisted and turn at my INJURED Left wrist and Gave me a mad dog look while He inflicted sadistic HARMS. C.O D. GARCIA, C.O A. DURAN Also piled ontop my Body. my RIGHT Leg Also Got INJURED too, About 1 INCH cutted BLEEDING FLESH. C.O S. Placios then yelled out "His Left HAND cuFF is BROKEN off AGAINST His WRIST." He then threatened to SPRAY me with O.C GAS As He Re-cuffed my INJURED wRIST. I couldn't stand on my RIGHT LEG so they stood me up on my LEFT LEG and Put spit mask on my FACE and HEAD. THEY Put me IN WHEELCHAIR and PT. mcKINNEY conducted 1st 7219 medical REPORT of INJURY. I told Him I Got SBI to my LEFT wRist, RIGHT KNEE Arm, cutted 1¼ INCH on wRIST and BLEEDING and SWBLING. THE C.O's then wHEEl me BACK to F120, that wHEN I notice other SBI INJURIES. At 10:55 P.m C.O C. Gonzales threatened me AGAIN and said they going to cell EXTRACT me to B-yard. At 11:58 A.m A C.O and PF. DID Pill call and I told Him I NEED medical. He said they already and will Get to me. I Put in 7362 for medical CARE But (7) DAYS Has past and I still Have not Receive Service. Collect All Body, ASU, KITCHEN VIDEOS FOR COURT EVIDENCES, AGAINST STAFF UNLAWFUL, Excessive ASSAULT and BATTERY ACT. CCR 3268 (a)(5).

Claimant Signature: _C.H.J._____   Date Signed: _5·9·24___

ADA Accessible

#5607

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

POISONING ASSAULTS, ATTEMPTED MURDER ON MY LIFE. I REQUEST SUBSTANTIAL INVESTIGATIONS, AND I.S.U / D.A FILES CHARGES ON ALL INVOLVED STAFF AND/OR INMATES FOR THEIR PENAL CODES VIOLATIONS. I RETURNED FROM COURT AND THE TARGETED UNSANCTIONED CRUELTY PUNISHMENTS ACT CONTINUED BY C.O S. PLACIOS AND HIS CO-WORKERS.

ON 5-8-24 WEDNESDAY, 6:35 A.M MEAL FEED CSP-LAC-ASU-2ND WATCH C.O S. PLACIOS TRY TO KILL ME. F170 WITH DRUGGED POISONED STATE FOODS AGAIN. I ATE THE SCRAMBLE EGG, DICE POTATO, HAM, CEREAL AND CONTACTED A POISONING SYMPTOMS AGAIN. IT ASSAULTED AND BATTERED MY BRAIN, HEART AND BODY WITH ACHES AND PAINS, SOME DIZZINESS FOR SEVERAL HOURS. C.O S. PLACIOUS ALSO GASSED ME BY TAKEN AN APPLE A-TOP THE FILTHY STAINED LOCKBOX AND PUT IT ON TOP THE HAM IN THE MEAL TRAY.

IT A GROUP EFFORT BECAUSE C.O S. GOMEZ CLIPPED MY HAND WITH THE LOCK BOX TRAY SLOT SHUFFER AND LET ME KNOW C.O S. PLACIOS TAMPERED WITH MY FOODS AGAIN. C.O F GONZALES, AN ASIAN FEMALE C.O WAS THERE TOO. I TOLD C.O S. GOMEZ, I WON'T 602 HIM FOR ASSAULT THIS TIME. C.O S. PLACIOS LOOKED AT ME SUSPICIOUSLY. REQUEST SUBSTANTIAL INVESTIGATIONS. REVIEW ALL INVOLVED FEEDING STAFF BODY CAMERAS TO SEE DIRECTLY WHO, HOW, WHEN AND WHERE STAFF AND/OR THEIR SOLICITED INMATE POISONED THAT MEAL TRAYS. I SEEK COURT PROSECUTIONS. I REQUEST TO REVIEW BODY CAMERAS, ASU, AND KITCHEN SURVEILLANCES FROM TIME FOOD WAS PACKED TO TIME C.O S. PLACIOS SADISTICALLY SERVED TO HARMED ME WITH IT. CCR-3413 (E) (J) (C).

Claimant Signature: ___C-M . S___        Date Signed: 5-9-24

_ADA Accessible_

5.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

Page 1 of 2

| STAFF USE ONLY | OGT Log No: __570189__   Date Received: MAY 3 0 2024 |
| | Decision Due Date: _____ |
| | Categories: _____ |

Claimant Name: ___C-H DAO___     CDCR #: ___AU6855___

Institution/Parole Region: ___CSP-LAC___   Current Housing/Parole Unit: ___CSP-LAC ASU 170___

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

In order for the Department to understand your complaint, please answer all of the following questions:

- _What is the nature of your complaint?_
- _When and where did the complaint occur?_
- _Who was involved?_
- _Which specific people can support your complaint?_
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _What specific action would resolve your complaint?_

_NOTE: Attach documents that help support your complaint (identify the documents if you do not have them)._

ON 5.28-24 Tuesday, 6:41 A.m meal feed CSP-lAC ASU and WATCH C.O S. GOMEZ, C.O C. GONZALES PARTICIPATED SADISTICALLY WITH INMATES IN CELL ASU F164 Holmes and MORGAN, F165 ??  F166 LEAL F168 WARFIELD to DRUG and CONTAMINATED THE MEAL they served me to EAT.  I ATE THE TAMPER PATTY MEAT GRAVY, dice Potato, CEREAL and CONTACTED A deUGGED POISONED EFFECT.  it ASSAULTED MY BRAIN, HEART and hoDY WITH IRRITATIONS, ACHES and PAIN, it also caused IRRITABLE THROAT COUGHING.  I HAd ASKED these OFFICERS did they PASS those (2) meal TRAY to ANY inmate THAT REJECTED it, put BACK on food CART to served me?  C-O S. GOMEZ said NO.  C.O C. GONZALES said YES, it came FROM A-YARD KITCHEN like that, I KNEW they lied because I ATE it and it WAS POISONED and CONTAMINATED.  At ABOUT 7:15 A.m C.O H. MOURE ESCORTED me to ASU CAGE YARD.  THESE INMATES INFORMED me THAT these OFFICERS DISCRIMINANTLY, maliciously PARTICIPATED WITH them to ATTACKED me WITH POISONED At A.m & P.m meal services.

ADA Accessible

57 8189

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

ON 5-28-24 ~~Tuesday~~ Wednesday, 3:48 P.m Meal Feed 3rd Watch C.O U. Alvarez, C.O D. Martinez, And A Mexican Female officer (Request Name) Deliberately Harmed me - ASU F170 with tamper Food they served me to eat. I ate the bake chicken, BBQ Sauce, Bean, Peas and contacted a drugged poisoned effect. it assaulted my Brain, Heart and body with irritations, aches and digestive issues. It staffs Excessive attempted murder on my life with each tamper meal they grouped under color to unlawfully feed me. when asked did staff pass the meal-tray to any inmate to poisoned they said NO. C.O D. Martinez-Flores Had Refused to answer. All officers blamed it on the kitchen workers that they sent it like that, that they did not tamper with it. It's a Blatant lies, Requests investigations.

ON 5-~~30~~29-24 ~~Wednesday~~, 7:01 A.m C.O S. Gomez, C.O C. Gonzales Again maliciously Harmed me - F170 with tamper Food they served me to eat. I ate the dice Potato, scrambled egg, Biscuit, cereal and contacted a drugged poisoned effect. It baffled my eyes, Brain, Heart and body with irritation, aches, and Pain For Hours. Some staff on 1st watch would put aside tamper meal tray For the 2nd staff to served me to eat. In each 602's Requested All body, ASU, kitchen surveillance videos of Food delivery to trash Pick up to be collected For Reviews and court evidences. deliberate Failure to investigates can be construed as evasion of justice and admission of guilt. CDCR Ranking staff Failure to carry out disciplinary action against staff misconducts violates state and federal laws. in OGP LOG No's: #556542, #556548, #560022, #560758, #558916, #560758, #558911, #564480, and # 519614 In which Reviewing Authority Unreasonably claim Fabricated Allegations and Refused complicitly to investigates substantiated staff illegal poisoning activities. CCR.3113(7)(8)(C), CCR 3413.1 (C).

Claimant Signature: _____ C-H _____      Date Signed: 5-30-24

ADA Accessible

6.6.24

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 572771 | Date Received: |
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: C. H, DAE    CDCR #: AU6855

Institution/Parole Region: CSP-LAC    Current Housing/Parole Unit: ASU-Z1-170

**STAFF USE ONLY**

Use this form to file a complaint with the Department.

In order for the Department to understand your complaint, please answer all of the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

ON 5.29-24 wednesday, 4:36 P.m meal FEED CSP-LAC ASU 3Rd WATCH C.O d. martinez-FLORES, C.O J. ALVAREZ DELIBERATELY TAMPER WITH my state meal that they maliciously SERVED me to EAT INORDER to HARMED me with POISONED FOOD. I ATE the TAMPER CHICKEN And RICE mixed, coleslaw, PEAS, And it caused adverse effect. It chemically battered my brain, Heart And body with IRRITATION ACHES AND PAINS. it caused vision blurriness And DIGESTIVE ISSUES. AS A DIRECT RESULT oT these OFFICERS continual Excessive FORCE to Poisoned me with tamper foods I Lose alot of HEALTH And WEIGHT. INMATES IN E And F UNIT ARE suspected of ACTING with these officers to poisoned the Foods they served me. it CAll FOR Evaluations And ACCOUNTABILITY into these OFFICERS mental HEALTH For their ACTIONS to participaters with inmates to do a crime of Food

ADA Accessible

# 57277

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**
8.

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Poisoning Age, daily at meal service, its malicious and sadistic to say the least. Request X S.U to collect court evidence of urine and blood toxicology report from my body. Collect body, ASU, Kitchen videos and File DA referral on Staff and inmate involved.

Also on 5-29-24 Wednesday at 6:50 a.m. ASU 2nd watch pill call nurse, Pf. Tatayana ? process my 7362 toxicology request. At 12:50 p.m. C.O R. Nkwocha, C.o deNecenas? escorted me to medical. + had ate some poisoned food C.O S.Gomez and C.o c. Gonzales served me that morning and was sicken. At 1:07 p.m. RN. Venegas and C.O Galindo approached the Holding cell and said she concern with my 7362 illness complaint that staff fed me poison food. I told her yes I been poisoned and want to see a doctor immediately. However RN. Venegas said it'll be in a week before I can see a doctor. She said you're still alive, you're not dead yet. I said yeah, but it serious. She said maybe in 7 day the doctor will see me and I can asked Him for a toxicology test. I knew C.o c. Gonsales, C.o S. Gomez and other staff had unlawfully conspired to poisoned me and denied me medical care. RN. Venegas then walked off and was done. She didn't even check my vital signs. I was pulled to medical for nothing. These are indifference actions committed by the custody and medical staff to cover up each other misconducts against prisoner. I seek court solutions. CCR 3913 (Z)(1)(C) CCR 3413.1 (C) 6TH Amendment • Provision of Medical care and definition 3350.

Claimant Signature: C.H. _____    Date Signed: 6-3-24

ADA Accessible

6·6·24
9.

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: __572771__ | Date Received: JUN 0 5 2024 |
|---|---|---|
| | Decision Due Date: _____ | |
| | Categories: _____ | |

Claimant Name: _____C. H. DAO_____          CDCR #: __AU6855__

Institution/Parole Region: __CSP-lAC__          Current Housing/Parole Unit: __ASU-21-170__

**STAFF USE ONLY**

Use this form to file a complaint with the Department.

In order for the Department to understand your complaint, please answer all of the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

ON 6.1.24 SATURDAY, 7:29 A.m meal feed CSP-lAC ASU 2nd watch C.O C. davis (m) deliberately tamper with my staff meal that He maliciously served yus-21-170 to eat in order to Harmed me with Poisoned food. I ate the tamper patty meat, scramble egg, refried hean and it caused adverse effect. it chemically battered my brain, Heart and body with irritation, ache and pain. the food Had visible excessive Amount of warm water. I ate a few bits to be certain. I brushed my mouth with tooth paste and soap. I Already confronted C. O C. davis About His Attempted murder act on my life by mean of food Poisoning. I keep quiet and utilized the 602's process. these staff body cameras, ASU, kitchen videos will tell the face exactly where, when, who and How they managed to tamper with it, put back on food cart to Harmed me with it. see OGt Log No. 556548

ADA Accessible

# 57271

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**
10.

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Also on 6-1-24 Saturday, 3:56 p.m. meal feed ASU 3rd watch C.O V. Leon, C.O A. Davalos, C.O C. Davis (m) deliberately tamper with my state meal that they maliciously served me to eat inorder to harmed me with Poisoned food discriminantly and excessively. I saw C.O Davalos and Leon stop the food cart at rival inmate Warfield 21-168 and gave him the meal tray to poisoned.

C.O Leon went to grab 4 more that that meal trays. C.O Davis served me a sub bread bun and put it on my cell 21-170 food port.

C.O Leon came back and begun to served cell 21-173 but C.O Davalos told him to put those meal tray on food cart.

C.O Leon then walk backs to my cell and illegally took my bread off my food port to give to inmate Warfield 21-168.

They pushed the food cart to my cell and C.O Leon served me the poison meal tray they took out off Warfield-21-168 cell.

I was disgusted that these officers acted under color of state to participated with enemy inmate to feed me poisoned food and took my bread. I confronted C.O Leon and he play stupid and said huh, what you say? I told him we going to court.

At 4:20 p.m. trash pick up, I question C.O Davalos did he passed that meal tray they served me to any inmate and then serve it to me. C.O Davalos said you got the wrong guy. which mean he saw C.O Leon tamper with my food but did not stop him. I'm only 90% certain they participated with inmate Warfield, 10% could be other inmate in E and F pod too. 21-164, 21-165, 21-166, 21-168, 21-169, 21-171, 21-172, 21-173. I ate the tamper hot link, Bean, carrot and it caused adverse effect. It chemically buttered my brain, heart and body with aches and pains. It extremely itched my throat and caused bleeding, collect all body, ASU, kitchen videos to see who tampers with these meals. CCR 3413 (a)(2)(c), CCR 3413.1 (C)

**Claimant Signature:** C-H.(a)        **Date Signed:** 6-3-24

6-6-24

11.

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 572721   Date Received: |
| | Decision Due Date: |
| | Categories: |

Claimant Name: C. H. DAO          CDCR #: AU6855

Institution/Parole Region: CSP-LAC   Current Housing/Parole Unit: ASU-21-170

**STAFF USE ONLY**

Use this form to file a complaint with the Department.

In order for the Department to understand your complaint, please answer all of the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

ON 6-2-24 Sunday, 6:56 A.m. meal feed CSP-LAC ASU 2nd watch C.O M. CORTEZ, C.O S. GOMEZ, C.O H. MOURE deliberately tamper with my sparse meal that they maliciously served me-21-170 to eat inorder to HARMED me with poisoned Food.

THEY first participated with black ritual inmate warfield 21-168 and it appear they change Plan of ASSAULT because I was at the cell door watching as they walked back and forth to 21-168, to put in a meal-tray and got out a Poison meal tray. From E-unit to F-unit cells 21-160 to 21-173 ARE All Ritual suspects.

At 7:13 A.m C.O CORTEZ and MOURE served me a 2) -tamper meal tray to eat. I ate the tamper Pan cake, oatmeal, syrup and it caused adverse effect. It chemically happered my brain, HEART and body with ACHES and PAINS.

Inmate GOMEZ-21-171 told me He participated with C.O CORTEZ and MOURE to poisoned my Food AGAIN, I figured they did too because either C.O S. GOMEZ took the Poison meal out

ADA Accessible

Page 1 of 2

# 57 2 67

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**
12.

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

OF 21-168 wakefield cell or they let a mexican inmate poison it. Either way I see the result of it. It bothers me that these officers so gang related, criminally.

On 6-2-24 Sunday, 4:35 p.m. meal feed A50 3rd watch C.O. J. Blanco, J. Reina, C. davis (F) deliberately tamper with the state meal they maliciously served me-21-120 to eat in order to harmed me with poison food.

I ate the tamper patty meat sauce, bean, corn, mexican rice, salad and it caused adverse effect. It chemically bothered my Brain, Heart and body with aches and heritation. It also caused itchy throat, Blurred vision and bleeding. It chemically burned my tongue and was felt like glass cut pains. In the morning I woke up and brush my teeth and it was still bleeding. C.O C. davis (F) is a Non-Regular staff of ASU 21. So it had to be C.O J. Blanco and J. Reina and Dun complain she knew cause she communicated to Inmate Sao1 21-169 I didn't eat a meal that we trash pick, C.O Blanco looked suspiciously. C.O Blanco also have Prior food poisoning violations and mail tampering. See OGI log No. 519614, #519614, #558911. These combined staff misconducts are deliberate violation of my 8th Amendment Rights.

I seek court solutions, so do collect all videos Evidence and Investigation Properly, by -the book as they says.

CCR 3413(3)(2)(c), CCR 3413.1 (c)

Claimant Signature: _C.TH._

Date Signed: 6-3-24

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 3784126 | Date Received: |
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: _C H DAO_   CDCR #: _AU6855_

Institution/Parole Region: _ESP LAC_   Current Housing/Parole Unit: _ASU-21-170_

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

In order for the Department to understand your complaint, please answer all of the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

_NOTE: Attach documents that help support your complaint (identify the documents if you do not have them)._

ON 6.5.24 WEDNESDAY, 9 A.m ASU CASIO GRADDY CCI SERVED m2-21.120 NOTICE to ATTEND I.C.C HEARING ON THURSDAY FOR TRANSFER to SVSP but RELEASE to b-yARD to AWAIT TRANSFER. CDW-d.CHAMBERLAIN AND K.bRADFORD CCII (F) SET me UP to be ATTACK AGAIN. SEE OGP LOG NO.560758. K.bRADFORD AND I HAD DISCUSSED my CONCERN OF bEING RELEASE to b-yARD G.P AFTER bEING IN E.O.P CUSTODY FOR 5 YEAR, WHICH I WAS RELEASED FROM E.O.P ON MARCH 20, 2024. SHE told me WE'll DISCUSS it I.C.C HEARING ON 5-2-24, but WARDEN CHAMBERLAIN REFUSED it. I REMAIN ON CCCMS CUSTODY. SINCE 10-16-2016 to PRESENT date I.C.C. INDIFFERENCE ACTION to RELEASED me to G.P YARD WITH A 2007 dISMISSED RAPE SUFFIX AFFIXED ON MY 128G HAD RESULTED IN me GETTING GANG bEATEN AND STAbbED NEAR CORNER OF bOTH EYES by 2-7 black INMATE 5 TIMES AT dIFFERENT PRISON. I also bEEN bEATEN WITH HANdCUFFS ON by 2-6 OFFICERS INSIDE I.C.C HEARING AND OUTSIDE OF COMMITTEE ROOM AS THEY FORCIbly USE EXCESSIVE FORCE to 9 TIMES to RE-HOUSED me ON G.P YARD OR UNLAWFULLY FORCE me to ACCEPT a black CELL mATE WHICH I REASONAbly ObJECTED. Thanks to fate Justice AT PRESENT I'm GRANTED SINGLE CELL STATUS.

ADA Accessible

# 578426

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

OGF log no. 572771 date! 5-29-24, and 7362 Requests for 5.2.24 sbi caused by staff at D.C.C and toxicology request for staff poisoning battery acf, attempted murder on my life. RN. Mosay told me that RN. Venegas sent her my request and she'll schedule appointment to see dr. Hernandez in 14 days. It the same thing RN. Venegas told me on 5-29.24 visit. I request a blood pressure check because of the adverse effect. RN. Mosay wrap the pressure arm band around my right arm and actived the machine. Moment later It stop and the vital sign number were extremely high. RN. Mosay then wrap the arm band loosely around my bicep and fore-arm and re-actived the machine with barely any pressure at all. It was falling off my arm when the number reader stop and SHA claimed I had perfect blood pressure score. I keep quiet as c.o. Cox looked at RN. Mosay skeptically. RN. Mosay acted deliberately to record a false reading of my vital sign inorder to cover staff poisoning misconducts.

C-o Nkwocha escorted me back so I can attend D.C.C Hearing and asked me did medical service me?
I said No. they took cover up action again to delay and denied me medical access.

It been 45 days since staff unlawfully assaulted and battered me on 5-2.24 and fed me poisoned food daily and disallowed me to see a doctor for my injured left wrist, left knee and right shoulder. I'm around 80% healed but my shoulder is in constant pain at 1-4 level. RN. Venegas said I had toxicology else 11 month ago why do I need another one. Request substantial investigation and accountability. ccr. 3413 (z) (2) (c).

Claimant Signature: C.H                    Date Signed: 6.16.24

ADA Accessible

15.

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 582233 | Date Received: JUN 24 2024 |
|---|---|---|
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: ___C. H. Dao___ CDCR #: __AU6855__

Institution/Parole Region: ___CSP LAC___ Current Housing/Parole Unit: __ASU-21-170__

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- _What is the nature of your complaint?_
- _When and where did the complaint occur?_
- _Who was involved?_
- _Which specific people can support your complaint?_
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _What specific action would resolve your complaint?_

_NOTE: Attach documents that help support your complaint (identify the documents if you do not have them)._

ON 6.5.24 WEDNESDAY 7:02 A.m meal Feed CSP ASU LAC, ASU 2nd watch C.O m. savko, C.o C. davis (m) deliberately tamper with my state meal and maliciously served me-21.170 to eat inorder to harmed me with poisoned Food. I ate the tamper patty meat, beans, cereal And contracted a drugged adverse effect. It chemically battered my brain Heart and body with paripration achy and pain. Inmate 21-164 Holmes, 21.165 mds chuot, 21-168 clothed staff participated with them to tamper with my food again.

ON 6.5.24 wednesday 3:28 p.m meal Feed ASU C.o d. martinez-Flores, C.o C. davis (m), C.o l Alvarez deliberately tamper with my state meal and maliciously served me to eat inorder to harmed me with poisoned Food. I ate the tamper sausage, chicken and rice

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

veggie mixed bean carrot, cake, salad and contracted a diseased adverse effect. It chemically battered my brain, Heart and body with irritation, ache, and pain. Brusin Inmate 21.164 Holmes, 21.165 unscH07, 21.168 warfield claimed staff participated with them to poisoned us.

On 6-7-24 Friday 6:56 a.m. meal feed ASU c/o A. miller, c/o J. Gomez deliberately tamper with my staff meal and maliciously served me to eat needed to Harmed us with poisoned food. I ate the tamper cinnamon bun, grits, yogurt and contracted a diseased adverse effert. It chemically battered my brain, Heart and body with irritation, ache and pain.

A couple Hours later cape. westergren and c/o M. savko served me lock up from yesterday incident we D-c.c when staff unreasonably assaulted and battered me. I told cape. westergren I don't want to kill no staff, and I don't want no staff Hurt/Kill me. I can't go back to buyand G.P. because of pase e-o-p custody and you all know this. I filed multiple 602's on it.

staff continued to try to murder me slowly with tamper food as a retaliatory actions for reporting staff misconduct.

ccr 3413 (b)(1) (2) (c), 8th amendment.

Claimant Signature: C-H( [signature]    Date Signed: 6-23-24

ADA Accessible



16.

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: **578426** | Date Received: JUN 17 2024 |
|---|---|---|
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: _C.H. DAO_     CDCR #: _AU6855_

Institution/Parole Region: _CSP - LAC_     Current Housing/Parole Unit: _ASU-21-171_

**STAFF USE ONLY**

Use this form to file a complaint with the Department.

In order for the Department to understand your complaint, please answer all of the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

ON 6.6.24 THURSDAY, 6:50 A.M meal Feed CSP LAC ASU 2nd WATCH C.O S. Placios deliberately tamper with my store meal and maliciously served mU-21.170 to eat inorder to Harmed me with poisoned Food, I ate the tamper PATTY meat, SCRAMBLE egg, bean and contacted a drugged adverse ETFect. it chemically poisoned my brain, Heart and body with irritation, ache and pain. it also caused blurred vision and digestive issues. The meal tray was marked "Plant base" on the plastic tray Lid so it easily track back to who, How, when and where staff and/or inmate tamper with it, Put back on food cart to served and Harmed me. collect body, ASU and kitchen video For court, D.A Referral on All inuolued staff and inmate.

At around 9:20 A.m C.O R. Nkwocha, And C.O R. Philips escorted me to medical. At 9:40 A.m C.O d. Cox body worn camera Recorded RN. VENEGAS inquiry about my grievance mosey

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

# 578426

**CONTINUATION PAGE**

Ex. 17,

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

ON 6.6.24 THURSDAY, 11:30 P.m ASU C.O M. SANKO, C.O L. GOMEZ ESCORTED ME to I.C.C HEARING AGAIN. C.O S. PlaCios and C.O A. CHANEY (F) UNSANCTIONALLY PLACE A SPIT MASK OVER my FACE AND HEAD PREJUDICELY. I object to WARDEN CHAMBERLAIN but He IGNORED ME. I.S.U OFFICER E. SOLANO Stood on my LEFT, C.O S. PlaClos, C.O E. TORRES Stood on my RIGHT AS K. BRADFORD CCII told me I. C.C Elected to SUSPEND my SHU from AGAIN EVEN tHOUGH they HAVEN'T completed the RVR PROCESS, RELEASE me to b-yard Pending TRANSFER to SVSP. it was a set up move AGAIN And I ASKED WARDEN CHAMBERLAIN to keep me in ASU because of my Past E.O.P And R-SUFFIX CUSTODY WHICH my Ex-Associated don't ACCEPT, so keep me HERE UNTIl TRANSFER to SVSP. However WARDEN CHAMBERLAIN UNREASONABLY And maliciously Said NO. If I HAVE A PROBLEM deal with it WHEN I Get THERE And dismissed me. I wasn't AGGRESSIVE to ANY StAFF NOR Yell confrontationally "I'm not GOING to the yard" AS C.O S. PlaClos And StAFF FABRICATED IN tHEIR INCIDENTS REPORTS. AS I Stood to LEAVE, INStANtly OFFICER E. SOLANO UNNECESSARILY AttaCKED ME HARD by WRAPPING HIS ARMS AROUND my CUFFED ARMS And body to Slammed me to tHE FLOOR. INStANtOUSly C.O S. PlaClos And C.O E. TORRES GRAbs my ARMS And body too to Slammed me.

TheIR VIOLENT FORCE KNOCK tHE AIR oUt my LUNGS And HEART AS C.O M. SANKO, C.O L. Gomez Jumped IN to ASSAULT And battered my body And Limbs. These OFFICERS body WEIGHTS And STRENGHt was maliciously And SADIStICAlly APPLIED EXCESSIVELY UNtil I couldn't bREATHES And was PASSING IN And out. my HEART, LUNGS, WRISTS, ARMS And LEGS were IN MASSIVE PAINS, INCLUDING CHARley HORSE, NERVE damaged muscle SPASM. I Yelled I can't bREATHES And they turned me on LEFT Side to catCH Some OXYGEN. I wasn't RESISTING And don't RECALL I Kick ANYONE, IF I did it was a muscle SPASM of UNdeliberate ACtION. I Suffered PERMANENT damaged to my WRISTS, KNEES And ANKLES AS documented on 2.5.2020 INCIDENT. they slam me up on 1 LEG AS C.O L. Gomez dellbERATELY Rubs HIS dICK And balls AGAINSt my LEG to SEXUALLY HARASSED me AS He SEARCHED me. C.O A. CHANEY Got A Roll CHAIR And they Roll me back to 21.170

At 11:35A.m At. GALEANO CONDUCTED 7219. I told HIm I Suffered SBI to my WRISTS, RIGHT KNEE And SHOULDER. CCR. 3268 (2)(3), 3401.5 (E).

Claimant Signature: _____    Date Signed: 6.16.24

ADA Accessible

18,

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 582233 | Date Received: JUN 24 2024 |
|---|---|---|
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: C. H DAO    CDCR #: AU6855

Institution/Parole Region: CSP LAC    Current Housing/Parole Unit: ASU-21-170

**STAFF USE ONLY**

Use this form to file a complaint with the Department.

In order for the Department to understand your complaint, please answer all of the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

On 6-7-24 Friday, 4:42 P.m meal feed CSP. LAC ASU 3rd watch C.O I. Alaniz, C.O L. Magana deliberately tamper with my state meal and maliciously served me to eat inorder to Harmed me -21.170 with poisoned food. I ate the tamper bean Green bean, cake and contracted a devastated adverse effect. It chemically poisoned my brain, Heart and body with irritation, Aches and pain. inmates 21.164 Holmes 21-165 mischief, 21-168 warfield bragged on the tier they participated with staff to poisoned me.

On 6-8-24 Saturday, 4:02 P.m meal feed ASU C.O d. REINA, C.O C davis (m) deliberately tamper with my state meal and maliciously served me to eat inorder to Harmed me with poisoned food. I ate the tamper Hot link, bean, corn, canned pears, salad

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

And contacted a devested adverse effect. it chemically battered my brain, Head and body with ache, pain and irritation. it also caused blurred vision and digestive issues.

On 6-9-24 Sunday 6:51 A.m. meal food ASU C.o A. CARDENA, c.o C. davis (m) deliberately tamper with my state meal and maliciously served me to eat in order to Harmed me with poisoned Food. I ate the tamped Pancake, oatmeal and contacted adverse effect. it chemically battered my brain, Heart and body with irritation, ache and pain. especially the part not butter tasted tampered with.

On 6-9-24 Sunday 3:58 P.m. meal food ASU C.o M. QUIROZ (F) and c.o c. ALVAREZ deliberately tamper with my state meal and maliciously served me to use inorder to Harmed me with poisoned Food. I ate the tamped patty meat, mash potato, broccoli, biscuit and contacted a devised adverse effect. It chemically battered my brain, Heart and body with irritation, ache and pain. Inmate 21-164, Holmes 21-165 mischief chism they participated with staff to poisoned me.

Review body, ASU, KitcHen videos to see exactly who, How, where and when they tamper with and those meal-trays. collect court evidence.

CCR. 3413 (I) (2) (c), 8 th Amendment.

Claimant Signature: _____ C-H _____

ADA Accessible

Date Signed: 6-23-24



19.

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 582233 | Date Received: JUN 2 4 2024 |
| --- | --- | --- |
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: _____ C. H. )AO _____    CDCR #: IAU6855

Institution/Parole Region: ___ CSP lac ___    Current Housing/Parole Unit: ASU-21-170

**STAFF USE ONLY**

_____

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- _What is the nature of your complaint?_
- _When and where did the complaint occur?_
- _Who was involved?_
- _Which specific people can support your complaint?_
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _What specific action would resolve your complaint?_

_NOTE: Attach documents that help support your complaint (identify the documents if you do not have them)._

ON 6-10-24 monday 7:01 A.m meal feed csp lac ASU 2nd watch C.o I. bANUEVALOS , C.o S. Gomez dellberately tamper with my state meal and malicously served me 21-170 to ESP inorder to harmed me with poisoned food I ate the tamper scramble egg, biscult, cereal and contracted a drugged adversely effect. it chemically bottered my brain, Heart and body with irritation, ache and pain. Inmate 21-164 Holmes, 21-165 mischief, claimed they participated with staff to poisoned me.

At 9:40 A.m C-o R. Nix wocha, R. Phillips escorted me to medical and RN. moSAY continued my 7362 Request medical service from 6-6-24 incidents. C.o d. CARTER Refused to turn on HER body camera as I Requested. SHE said she don't know that SHE can turn it on during my interaction with

**ADA Accessible**

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

R.N. mosay and will check on it. I told her she could because I verbally requested but she refused.

At 10:24 A.m C.O U. Diaz told me a Lieutenant want to Interview me about some 602's incidents but I refuse because it was an outside agency has I been requested and In person interview only.

On 6-11-24 tuesday 7:13 A.m meal feel ASU C.O E. Rivera, C.O S. Gomez deliberately tamper with my state meal and maliciously served me 21-170 to eat inorder to harmed me with poisoned food. I ate the patty meat, dice potato, oatmeal and contacted a drugged adverse effect. It chemically haptered my brain, heart and body with irritation, ache and pain. Inmate 21-164 Holmes, 21-165 insching claim staff participated with them to poisoned me.

On 6-11-24 tuesday 4:03 P.m meal feed ASU C.O b. Graig (F) and C.O U. Alvarez deliberately tampers with my state meal and maliciously served me to eat inorder to harmed me with poisoned food. I ate the tamper chicken soup, broccoli, bean, salad and contacted a poisoned adverse effect. It chemically haptered my brain, heart and body with irritation, ache and pain. It also caused bleeding gum, threat, digestive issue and blurred vision. Inmate 21-165 warfield, 21-165 insching, 21-164 Holmes claim staff participated with them to poisoned me. collect body, ASU kitchen videos evidence for court. CCR 3413(C)(2)(C), 8-th amendment.

Claimant Signature: C-H

Date Signed: 6-23-24

ADA Accessible

20.

STATE OF CALIFORNIA
# GRIEVANCE
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

JUN 24 2024

| STAFF USE ONLY | OGT Log No: ___582233___ Date Received:_____ |
| | Decision Due Date: _____ |
| | Categories: _____ |

Claimant Name: _____C. H DAO_____ CDCR #: _AU6855_

Institution/Parole Region: ___CSP - LAC___ Current Housing/Parole Unit: _ASU-21-170_

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

ON 6-12-24 WEDNESDAY 6:45 A.M. MEAL FEED CSP LAC ASU 2nd WATCH C.O. J. GARCIA AND C.O. C. GONZALES JUST RETURNED FROM A TWO WEEK VACATION AND DELIBERATELY TAMPER WITH MY STATE MEAL AGAIN AS THEY MALICIOUSLY SERVED ME TO EAT IN ORDER TO HARMED ME-21-170 WITH POISONED FOOD. THEY HAD KNOWN STAFF HAD ATTACKED ME ON 6-6-24 AT I.C.C HEARING AGAIN. I TOLD THEM TO KEEP UP THEIR MISCONDUCTS AND MAY NOT BE ABLE TO FILE SUIT ON THEM UNTIL NEXT YEAR BECAUSE THERE (2) OTHER LAWSUIT AHEAD OF THEM. THEY TAUNTED ME ABOUT IT AND MOVE ON. I THEN ATE THE TAMPER PATTY MEAT, GRITZ, BISCUIT AND CONTRACTED A DAMAGED ADVERSE EFFECT. IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN. INMATE 21,164 HOLMES 21,165 MISCHIEF CLAIM THEY PARTICIPATED WITH STAFF TO POISONED ME.

**ADA Accessible**

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

ON 6.14.24 Friday to 7:02 A.M. meal feed ASU C/O R. Recinos and C/O C. Gonzales deliberately tamper with my state meal and maliciously served me to eat inorder to harmed me with poisoned food. I ate the tamper cinnamon roll, oatmeal, grits and conflicted a drugged adverse effect. It chemically poisoned my brain, heart and body with irritation, ache, and pain. It also caused unnatural sleepiness, blurred vision and digestive issues.

Inmate 21-164 Holmes, 21-165 mischief, claim staff participated with them to poisoned me.

ON 6.14.24 Friday 4:26 P.M. meal feed ASU C/O S. Brito and C/O I. Lopez (F) deliberately tamper with my state meal and maliciously served me to eat in order to harmed me with poisoned food. I ate the tamper pizza, bean, carrot salad and conflicted a drugged adverse effect. It chemically battered my brain, heart and body with irritation, ache and pain. It also caused gum, throat, teeth pain and bleeding. Inmate 21-165 was drugged, 21-165 mischief, 21-164 Holmes claim staff participated with them to poisoned me again.

Review body, ASU kitchen videos to captured exactly who, what, when and how they poisoned those meal trays.

I seek court solutions.

CCR.3413 (a) (j) (c), CCR. 3413.1 (c).

8th Amendment

Claimant Signature: _____C.H._____   Date Signed: __6.23.24__

ADA Accessible



21.

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: _____580459_____ | Date Received: JUN 2 0 2024 |
|---|---|---|
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: _____C. H DAO_____     CDCR #: _AU6855_

Institution/Parole Region: _CSP-LAC_     Current Housing/Parole Unit: _ASU-21-170_

**STAFF USE ONLY**

_____

Use this form to file a complaint with the Department.

In order for the Department to understand your complaint, please answer all of the following questions:

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

ON 6·15·24 SATURDAY, 3:40 P.M MEAL FEED CSP·LAC ASU 3Rd WATCH C.O d. MARTINEZ-FLORES, C.O V. LEON, And C.O CHAVEZ (F) deliberately tampers with my state meal and maliciously served me -21·170 to EAT INORDER to HARMED me with POISONED FOOD. I ate the tamper bake chicken, bEAN, CARROT, EGG, SALAd, CAKE And contracted A POISONED AdVERSE EFFECT. it chEmicALLy bAttERED my brAIN, HEART And body with drUGGEd IRRITATION, ACHE And PAIN.

INMATE IN CELLS 21·164 Holmes, 21·165 ?, 21·168 WARFIELD 21·171 LESTER told me and EVERY body on the tier that C.O LEON And MARTINEZ-FLORES PARTICIPATED with titим to tampER with my mEAL AGAIN. I SAW C.O MARTINEZ-FLORES AT CELL 21·168 WARFIELD AS HE And C.O LEON PASSEd the mEAL trAY to him to poisoned And Left to GRAB H FEEECLE STICK. C.O LEON thEN SERVEd me the poisoned Food. C.O CHAVEZ GRAB (2) mEAL trAy to SERVEd

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

21-171 Lester, and since staff and rival inmates grouped to poisoned me, it warrant to review body, ASU, and kitchen videos to see or face where, when, how and who tamper with it, put back on food cart to harmed me. These officers already have at least (1) reported poisoning acts and the ranking authority confined to unlawfully take accountable action to stop them.

On 6.16.24 Sunday, 6:55 A.m meal feed ASU C.O L. Magana, C.O S. Gomez deliberately tampers with my state meal and maliciously served me to eat inorder to harmed me with poisoned food. I ate the tamper patty meat, Brite scramble egg and contracted a poisoned adverse effect. It chemically battered my brain, heart and body with irritation, ache and pain. Inmates in CFU 21-164 Holmes, 21-165 ?, 21-168 Mansfield, 21-171 Lester told me C.O Magana participated with them to poisoned my food again.

On 6-16.24 Sunday, 4:335 P.m meal feed, ASU C.O d. Martinez-Flores, C.O d. Blanco, C.O Alvarez deliberately tamper with my state meal and maliciously served me to eat inorder to harmed me with poisoned food. I ate the tamper spaghetti, carrot, corn bread, salad and contracted a poisoned effect. It chemically battered my brain, heart and body with ache and pain, also cause heart and bleeding throat and gums with itchy cut glass pains. Also at 6:21 P.m I declined laundry service but C.O d. Blanco shine a flash light at my dick, sexually harassed me and I question his sexual intention. 3401.5 (F), 3413 (c)(2)(C).

Claimant Signature: _C.H._

Date Signed: 6-18.24

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

21.
22.

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 582233 | Date Received: JUN 24 2024 |
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: ___C.H. YAO___  CDCR #: ___AU6855___

Institution/Parole Region: ___CSP lac___  Current Housing/Parole Unit: ___ASU-21-170___

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- _What is the nature of your complaint?_
- _When and where did the complaint occur?_
- _Who was involved?_
- _Which specific people can support your complaint?_
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _What specific action would resolve your complaint?_

_NOTE: Attach documents that help support your complaint (identify the documents if you do not have them)._

ON 6.19.24 WEDNESDAY, 6:58 A.M MEAL FOOD CSP.lac ASU 2nd WAECH C.O S.GOMEZ, C.O C.GONZALES DELIBERATELY TAMPERS WITH MY STATE MEAL AND MALICIOUSLY SERVED MY-21.170 to EAT INORDER to HARMED ME WITH POISONED FOOD. I ATE THE TAMPER PATTY MEAT GRAVY, DICE POTATO, GRITE, BISCUIT AND CONTRACTED A DRUGGED ADVERSE EFFECT. IT CHEMICALLY BATTERED MY BRAIN, HEART AND BODY WITH IRRITATION, ACHE AND PAIN.

AT 9:45 A.M C.O R. NKWOCHA, C.O R. PHILIPS ESCORTED ME to MEDICAL. I told DR. HERNANDEZ that STAFF HAD BEEN FEEDING ME POISONED FOOD RESULTED IN SERIOUS BODILY INJURIES to MY VITAL ORGANS, AND PHYSICALLY ASSAULT AND BATTERY ACTIONS ON 5-2-24 AND 6-6-24 AT I.C.C HEARING RESULTED IN SBI to MY LEFT WRIST, both KNEES, HEAD AND RIGHT SHOULDER. I REQUESTED X-RAYS AND TOXICOLOGY TEST. RN. WILLIAM CONDUCTED MY VITAL SIGNS AND MY BLOOD PRESSURE WAS HIGH. RN. COLTS CONDUCTED MY BLOOD

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

and urine sample collection for testing. dr. Hernandez told me He could not order x-ray for my both wrist, knees and right shoulder and to pick 2 injuries I want x-ray on. I told Him to x-ray my left wrist and shoulder. I don't take Psychotic medication or any Harmful substances. I do take OTC ibuprofen, naproxen, gelusil antacid, loratadine allergy pill and vitamins C pill. Every Prohibited substances in my system are a result of the tamper digested food these officers served me in their malicious motion to murder me slowly with poison food.

on 6.19.24 wednesday, 3:34 P.m meal food ASU c.o d. martinez-flores, c.o u. alvarez deliberately tampers with my state meal and maliciously served me to eat in order to Harmed me with poisoned food. I ate the tamped bake chicken, broccoli, bean, potato, salad and contracted a Poisoned adverse effect. It chemically battered my brain, Heart and body with irritation, ache and pain. It also caused itchy, acid burn symptom to my mouth and throat resulted in pain and a lot of bleeding from the throat, Gum and tongue. Inmate Holmes 21-164 told me and everyone on the floor braeced that He conspired with both officers to poisoned my food again. Inmate Lubber 21-171 also told me c.o d. martinez admitted to Him again that they fed me tamper food. Review body, ASU, kitchen video to see properly How, when, where and who tamper with those meal trays. follow course of violence. I request M.S.U to file dis referral on staff and inmate involved. CCR 3413 (a) (2) (c). 8th amendment.

Claimant Signature: ___C-H_____ (signature)    Date Signed: 6-22-24

ADA Accessible

*PW.*
23.

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: __582233__ | Date Received: _JUN 24 2024_ |
|---|---|---|
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: _____ C. H. DAO _____ CDCR #: _AV6855_

Institution/Parole Region: _CSP-LAC_ Current Housing/Parole Unit: _ASU-21·170_

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

ON 6-20-24 thursday, 6:56 A.m meal feed CSP-LAC ASU 2nd watch C.O A. ZADOIZ, C.O G. GONZALES deliberately tamper with my state meal and maliciously served me 21·120 to eat Inorder to Harmed me with Poisoned food. I ate the tamper patty meal gravy, diet potato, gritz, biscuit, onion and contacted a drugged adverse effect. It chemically battered my brain, Heart and body with Irritation, Ache and Pain. Inmate Holmes 21-164, 21-165 2 claim staff participated with them to poisoned me. At 10:30 A.m C.O K. NK WOCHA, R. Phillips escorted me to medical. RN. VENEGAS confiamed it was the same poisoning symptoms and confirmed dr Hernandez approved medical service Reavested on 7263 form. At 10:55 A.m C.O H. Fillman and C.O K. Recinos who Had tamper with my meal 6-14·24 escorted me to Radiologist Recynthia for x-rays of both wrists and

ADA Accessible

STATE OF CALIFORNIA

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**GRIEVANCE**

CDCR 602-1 (Rev. 01/22)

Page 2 of 2

Right shoulder. She commented it appear there injuries to my wrist left wrist and right shoulder. I agreed because it was still in pain level of 1-3 constantly. My Knees remain are 80 ± % healed but no X-ray was conducted.

At about 1:15 p.m. c.o beam escorted me to Lt. m. Rosales for (5) RVR Hearing. Lt Rosales also conducted (2) RVR dated 5-2-24 and 5-5-24 incidents. He told me as a man his feeling is different and these RVR's would not stand up in court but however it cdcr process that he have to find me guilty on. I told him I appreciated his honesty and no, I don't want to make any statement any this time. He then applied loss of privileges and credit times. At present cdcr has applied 7 years of credit loss to my sentence. So too then staff misconduct to feed and harm me with tamper food and prepared me in handcuffed accessively effected me adversely.

And at 4 p.m. meal feed ASU C.o E. Garcia (F), c.o u. Alvarez deliberately served me 21-170 tampered with my state meal and maliciously served me 21-170 to for in order to harmed me with poisoned food. I ate the tamper patey meat, broccoli, bean, salad and contracted a poisoned adverse effect. Inmate Holmes 21-164 told me c.o Garcia (F) passed him my meal tray to poisoned, put back on food cart to served me. Inmate luster 21-171 also told me c.o Alvarez, Garcia (F) confirmed to the they feed me tamper food. Review body, ASU, kitchen video to see exactly where, when, how and who actually poisoned it. Collect real evidence. ccr 3413 (3) (2) (c). 8th amendment.

Claimant Signature:  Date Signed: 6-22-24

ADA Accessible

## PROOF OF SERVICE BY MAIL

(CCP §§1013(a), 2015.5; 28 U.S.C. §1746)

I, CUONG HUY DAO , hereby declare that I am over the age of 18, I am the petitioner in the above-entitled cause of action, and my legal mailing address CSP-LAC ASM 185, P.O. Box 8457, Lancaster, CA 93539-8457.

On   8-11-24   , I delegated to prison officials the task of mailing, via the institution's internal mail system (Houston v. Lack, 487 U.S. 266 [101 L. Ed. 2d 245; 108 S. Ct. 2379] (1988)), the below entitled legal document(s):

1. Civil Rights complaintes pursuant to 42 U.S.C 1983 (6 pages)
2. Additional lawsuits (1 page)
3. Additional defendantes (10 pages)
4. Continued claims 1-3 (17 pages)
5. 602 Grievances (23 pages)

PRE-PAYMENT 2 pages
_____
59 total pages

by placing said documents in a properly addressed and sealed envelope, with postage fully prepaid, in the United States Mail, deposited in the manner provided by CSP-LAC, and addressed as follows:

U.S district court
central dist. of ca.
255 East temple street.
Suite TS-134
Los Angeles, ca. 90012

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 11 day of AUGUST , 2024 at the California State Prison - Los Angeles County.

C.H.

CUONG HUY DANG
AU6855
CSPLAC ASU-Z1-189
P-O box 4430
LANCASTER, CA- 93539

LEGAL
MAIL
8-11-24

U.S district court
central dist. of ca.
255 EAST TEMPLE st.
suite TS-134
LOS ANGELESE, CA. 90012

W

CLERK U.S. DISTRICT COURT
AUG 15 2024
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

FIRST-CLASS



US POSTAGE
ZIP 93536
02 7M
0008032406 AUG
$ 00

**CONFIDENTIAL LEGAL MAIL**

CALIFORNIA STATE PRISON - LOS ANGELES COUNTY

STAFF NAME: _Reine_

BADGE NUMBER: _87272_

DATE SIGNED: _8/14/24_

STAFF SIGNATURE: _Reim_

LEGal
mail
8-11-24