FULL NAME

CUONG HUY DAO

COMMITTED NAME (if different)

FULL ADDRESS INCLUDING NAME OF INSTITUTION

CSP- COR 2-128

P.O Box 3456, CORCORAN, CA

PRISON NUMBER (if applicable)

93212, cdcr AV6855

**FILED**
CLERK, U.S. DISTRICT COURT

09/23/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____GSA_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF, | CASE NUMBER   2:24-CV-07000-MWC-PVC |
| v. | *To be supplied by the Clerk* |
| DEFENDANT(S). | **CIVIL RIGHTS COMPLAINT**<br>**PURSUANT TO** *(Check one)*<br>☑ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____5_____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

" FIRST AMENDED COMPLAINT"

---

(Additional Lawsuits)                                                          1.

A. PREVIOUS LAWSUITS

2.  a.    DAO V. GIBBS

    b.    U.S DISTRICT COURT, NORTHERN DIST. OF CA.

    c.    5:23-CV-05756-EJD

    d.    Edward J. DAVILA

    E.    Dismissed

    G.    11-08-23

    h.    8-05-25

3.  a.    DAO V. TESLUK

    b.    U.S DISTRICT COURT, EASTERN DIST. OF CA.

    c.    2:23-CV-00682-CKD

    d.    CAROLYN K. DELANEY

    E.    PENDING

    F.    medical care

    G.    4-12-23

    h.    N/A

(Additional Lawsuits)                                          2.

A. PREVIOUS LAWSUITS

4.    a.    DAO V. DUSTIN CAMPBELL

b.    U.S DISTRICT COURT, EASTERN DIST. OF CA.

c.    2:23-CV-1242-KJM-DMC

d.    DENNIS M. COTA

E.    PENDING

F.    DELIBERATE Food POISONING

G.    6-28-23

h.    N/A

5.    a.    DAO V. BRAVO

b.    U.S DISTRICT COURT, EASTERN DIST. OF CA.

c.    1:25-CV-00970-HBK

d.    HELONA M. BARCH-KUCHTA

E.    PENDING

F.    EXCESSIVE FORCE

G.    8-22-25

h.    N/A

a. Parties to this previous lawsuit:
Plaintiff _____ DAO _____

Defendants _____ P. tabock _____

b. Court __ U.S DISTRICT COURT, EASTERN dist OF CA. __

c. Docket or case number __ 2:22-cv-00846-KJN __

d. Name of judge to whom case was assigned __ CHi Soo Kim __

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) __ PENDING Settlement __

f. Issues raised: __ EXCESSIVE FORCE __

g. Approximate date of filing lawsuit: __ 5-19-22 __

h. Approximate date of disposition __ 5+17-24 __

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No

   If your answer is no, explain why not __ N/A __

3. Is the grievance procedure completed? ☑ Yes  ☐ No

   If your answer is no, explain why not __ N/A __

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __ CUONG HUY DAO __
(print plaintiff's name)

who presently resides at __ CSP-COR __,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

__ CSP-LAC __
(institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                                   Page 2 of 6

on (date or dates) _____N/A_____ , _____N/A_____ , _____N/A_____ .
                             (Claim I)               (Claim II)          (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.    Defendant    D. CHAMBERLAIN            resides or works at
           (full name of first defendant)

        CSP-LAC , P.O box 4670 , LANCASTER CA. 93539
        (full address of first defendant)

        DEPUTY CHIEF DEPUTY WARDEN
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

defendant was Employed by cdcr as chief deputy warden at all relevant time .

2.    Defendant    K. BRADFORD            resides or works at
           (full name of first defendant)

        CSP-LAC, P.O box 4670 , LANCASTER CA. 93539
        (full address of first defendant)

        CORRECTIONAL COUNSELOR
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

defendant was Employed by cdcr as correctional counselor at all-time relevant .

3.    Defendant    C. GONZALES            resides or works at
            (full name of first defendant)

        CSP-LAC , P.O box 4670 , LANCASTER CA. 93539
        (full address of first defendant)

        CORRECTIONAL OFFICER
        (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

defendant was Employed by cdcr as correctional officer at all relevant time .

---

4. Defendant  S. Placios _____ resides or works at
   (full name of first defendant)

   CSP-LAC, P.o box 4670, LANCASTER CA. 93539
   (full address of first defendant)

   CORRECTIONAL OFFICER
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

defendant was Employed by cdcr AS CORRECTIONAL OFFICER at all RELEVANT TIME.

5. Defendant  L. GOMEZ _____ resides or works at

   (full name of first defendant)

   CSP-LAC, P.o box 4670, LANCASTER CA. 93539
   (full address of first defendant)

   CORRECTIONAL OFFICER
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

defendant was Employed by cdcr AS CORRECTIONAL OFFICER at all RELEVANT TIME.

---

(ADDITIONAL DEFENDANTS)                                                    1.

C.    JURISDICTION

DEFENDANTS

6. G. GARCIA

individual

CSP-LAC, P.O box 4670, LANCASTER CA. 93539

CORRECTIONAL OFFICER.

defendant was employed by cdcr as correctional officer at all relevant time.

7. E. SOLANO

individual

CSP-LAC, P.O box 4670, LANCASTER CA. 93539

ISU OFFICER

defendant was employed by cdcr as ISU OFFICER at all relevant time.

8. E. TORRES

individual

CSP-LAC, P.O box 4670, LANCASTER CA. 93539

CORRECTIONAL OFFICER

defendant was employed by cdcr as correctional officer at all relevant time.

9. B. SANCHEZ                                    2.

individual

CSP-LAC, P.O box 4670, LANCASTER CA. 93539

CORRECTIONAL OFFICER

DEFENDANT was employed by cdcr as
CORRECTIONAL OFFICER AT ALL RELEVANT TIME.

10. VENEGAS

individual

CSP-LAC, P.O box 4670, LANCASTER CA. 93539

REGISTER NURSE

defendant was employed by cdcr AS
REGISTER NURSE AT ALL RELEVANT TIME.

11. MOSAY

individual

CSP-LAC, P.O box 4670, LANCASTER CA. 93539

REGISTER NURSE

defendant was employed by cdcr as
REGISTER NURSE AT ALL RELEVANT TIME.

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

8-TH AMENDMENT CRUEL AND UNUSUAL PUNISHMENT LAWS.

8 TH AMENDMENT medical deliberate indifference LAWS.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ON 8-21-25 Z-RMU LEGAL mail Handler C.O WALLES delivered to mes-2-128 DOCKET No. 16 , Judge P. V CASTILLO ORDERING DISMISSING COMPLAINT WITH LEAVE TO AMEND FILED ON 8-14-25 .

PLAINTIFF DAO RESPECTFULLY STATED THESE FOLLOWING AMENDED claims :

CUONG HUY DAO V. D. CHAMBERLAIN Et Al. CASE NO. 2:24-CV-07000-MWC-PVC

1. ON 3-20-24 At CSP-LAC. idtt committees AND my ASSIGNED PSYCHOLOGIST Scott REASONABLY AGREED to RELEASED FROM E.O.P. (Additional PAGE 1-17)

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

PLAINTIFF DAO is entitled to compensation and punitive damages against these defendants wanton repugnant violations of his reasonable food, person and confinement safety.
And of course rehabilitation efforts.

The court provided humane and decency protection to all prisoners no matter of race, color, or creed as stated in our 8th amendment constitutional rights.

These defendants abusively desecrated the court's constitutional protection of "in their custody, in there care" to punished me for being a black man with an awesome asian name ... I respect all fair authority and respectfully request the court to award him $1,000,000 dollars to set an example in this matter as case law.

But of course more or less, Plaintiff DAO trust the judge's fair-handed decision.

Thank you !!

9-17-25
(Date)

E. H
(Signature of Plaintiff)

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                 Page 6 of 6

(Additional Pages 1-17)                                          1.

## D.  CLAIM I

Committees Placed me on CCCMS mental Health Program. Custody Staff Rehoused me to Z-RHU CCCMS Building.

2.   On 4-16-24 Tuesday 3:45 P.m I was a Court Returned From SVSP to CSP-LAC R&R.
C.O C. GONZALES, C.O G. GARCIA came to escort me and took (5) Large Bags of my Legal Documents and Property to the Transport van.
About 10 minutes passed and I noted to R&R C.O CURRY that they out there Reading my legal documents. C.O CURRY said, "it is Possible."
They came back to put me in waist chain and C.O GARCIA and I cracked Jokes about "BILLY THE KID" And He Sarcastically said, "Are you going to make me FAMOUS by Filing all those 602's?"
I laughs and said, "Yeah." They took me to Z-RHU and Housed me in F-163 = Z-163.

3.   At Every meal Service the Kitchen Staff delivered Prisoners meals in Plastic trays with clear Plastic Lids, stacked in a FRIGERATOR BOX to Z-RHU Staff.

4.   C.O C. GONZALES and other Staff takes those trays out the FRIGERATOR BOX And Stacks it on the Push cart to deliver to Prisoners in A-H Pods. Each Pod Have 10 cells.
Staff Arranged Tan and Green meal trays to serves Prisoners on Regular meal diet.
I'm a Regular meal Diet Prisoner.
Brown tray to Halal diets, and Plastic Bags to Kosher diets.

STAFF HAVE A DIETARY LIST AND KNOWS    2.
EXACTLY WHICH TRAYS GO to WHICH PRISONERS.

And BY cdcr Z-RHU Policy, STAFF ARE PROHIBITED FROM PASSING PRISONERS meal tray And other items to other PRISONERS. "NO PASSING" SIGN ARE POSTED ON the walls OF Z-RHU.

5. THESE INVOLVED STAFF INTENTIONALLY Violated that "NO PASSING" Policy in ORDER to committed BATTERIES acts BY MEANS OF food POISONING WHEN they PASSES meal tray into RIVAL inmates cells to drug, poison and Put that tampered meal tray BACK ON the food cart to serves and Harms me, discriminately because they do not do it to all inmates. only the ONE they disliked for Reporting staff illegal activities.

6. THESE INVOLVED staff Also tampered with it themselves that's why the 602's Reviews and supervisory staff complicity failed to substantially investigate.
THE OFFICE OF GRIEVANCES DECISION RUBBER Stamped Responses or maliciously denied it.

" OOG stated: THE cdcr Received your GRIEVANCE On 5.2-24 WHICH YOU submitted on 5-2-24.

PURSUANT to the ccr, title 15, your claim Has been identified as an allegation of staff misconduct, meaning it will be Referred outside the GRIEVANCE And appeal process to an APPROPRIATE Authority within the DEPARTMENT FOR the PURPOSE OF GATHERING Facts needed to prove or disprove the allegation. A SEPARATE RESPONSE will be provided to you at the conclusion of that Process.
THIS decision exhausts all administrative Remedies available to you for this claim.

I REQUESTED the OOG to review the Kitchen, Z-RHU, B.W.C of these staff's Handling of each meal, at each cell to identify any inconsistency and see exactly who, How, Where and when staff or their

3.

sollcited inmates tampered with it and set back on food cart to serve and harm me. These involved officers and their supervisory staff wantonly ignored their food safety, use of force policy in corroborated effort to inflicted unsanction harmed against me for reporting their 8-th amendment violations discriminately.

I requested substantial accountable actions and their failure to administer reasonable solutions are an evasion of prosecution and fair justice...

7. On 4-16-24 tuesday around 5 P.m meal service Z-RHU C.O C. Gonzales had sole control of the food cart and malicious tampered and served me-2163 drugged poison state meal to consumed.

I ate some tampered chicken, mash potato and soon after contracted an upper drugged poisoning effect.

the unidentity substance chemically battered my body with irritations, abnormal bodily functioning and digestive issues.

I have lost alot of body mass because I'm unable to eat all my meals.

staff sadistically disallowed me reasonable safe food to consumed.

I ate a couple bites and it tampered I stop eating and trash it.

I then file a factual 602 to report it. The supervisory staff was informed and took no lawful action to stop it.

I saw C.O Gonzales lingered at rival inmate Gomez-2160, Sanchez-2161 and Fleming-2162 suspiciously long.

these inmates bragged to the there out loud that they participated with C.O Gonzales to committed the battery, attempted murder act by mean of food poisoning.

About 15 minutes later at trash pick up, I saw C.O Gonzales indicated to C.O G. Garcia that they attacked me with

4.

poison food and smirked. The food look messily tampered but the poisoning substance was unidentifiable until I ingested and felt the adverse effect.

In all these incidents I requested meal service video evidence to identify staff and/or participated in mates violation by passing the meal tray in and out the cell to tampered and hid from BWC view.

I just arrived to Z-RMU cccms Housing and staff wastes no time to attacked me-2163 with poison food again like they did when I was at DS E.O.P Housing.

It systematic because it what staff does to me almost daily at every prison they elected to send me.

C.O Gonzales maliciously acted to ignored food safety policy to tampered and served me poison state meal to consumed in violation of my 8-th Amendment Right.

See CSP-LAC OG+ LOG No. 556542.

8. On 4-29-24 Monday 6:44 A.m meal service Z-RMU C.O S. Placios had sole control of the food cart and maliciously tampered and served me-2163 drugged poison state meal to consumed. I ate some tampered scramble egg, dice potato, cereal and contacted a drugged poisoning effect. The unidentify viral or poison substance battered my Body with retribution and abnormal bodily function, and digestive issues. I lost alot of weight because I'm unable to eat all my meals.

Staff sadistically disallowed me reasonable safe food to consumed.

I ate a few bites and it tampered, I stop eating and trash it.

I then file a factual 602 to report it. The supervisory staff was informed but took no lawful action to stop it.

I saw C.O Placios lingered suspiciously long at inmate Gomez-2160, Sanchez-2161, Fleming-2162. I then confronted

5.

C.O Placios, "did He open the lid or let other tampered with that meal tray prior to serving to me?

To His credit, He did not denied it and body language indicated that He did tampered with it and abusively told me to 602 it.

Inmate Fleming, Gomez and Sanchez did bragged again to claim they battered me with poison food.

C.O S. Placios maliciously acted to ignored food safety policy to tampered and served me poison state meal to consumed in violation of my 8th Amendment right.

SEE CSP-LAC 602 Log No. 560758.

9.    On 5-2-24 Thursday 6:46 A.m meal service, Z-RHU C.O G. Garcia, C.O B. Sanchez (F) Had sole control of the food cart and maliciously tampered and served me 2/70 poisoned state meal to consumed.

I ate some tampered oatmeal, meat patty gravy, dice potato and contracted a viral or unsonetary poisoning substance. it battered my Heart, brain and body with irritation, ache and pain for 8+ hours similar to incidents with other state poisoning actions. And frequently my Gum and tooth hurts and bleeds almost each morning, along with nausea and itchy throat coughs.

I submitted several 7362 Health care form for medical service and see a doctor.

I Had lost alot of weight because staff disallowed me safe food to eat.

I ate a couple of bites and if it tampered, I trash it and filed a factual 602 report which supervisory staff completely denied.

Therefore, these staff continued to attacked me with poison meal relentlessly, even on ICC Hearing day. Absolute power, corrupt Absolutely.

6.

C.O GARCIA, C.O SANCHEZ maliciously acted to IGNORED FOOD SAFETY POLICY to tampered and served me POISON STEW meal to CONSUMED IN violation of MY 8TH Amendment RIGHTS.

10. ON 5-2-24 thursday 9:50 A.M. C.O S. PLACIOS agitatedly Escorted me-2170 to Attend ICC HEARING.

And at around 10:10 A.M. C.O GONZALES AND C.O B. SANCHEZ (F) sat me ON A CHAIR AND stood GUARD.

committees Had Planned to TRANSFER me to SVSP G.P YARD.

I AGREED to GO ...

MY ASSIGNED COUNSELOR K. BRADFORD CCII told me THAT committees Elected to suspended MY SHU TERM AND RELEASE me to B-YARD PENDING TRANSFER to SVSP.

I KNOW committees set-ped me UP to be ASSAULTED AND BATTERED AGAIN.

ON 10-10-16 CORCORAN-committees Had maliciously acted to affix A 2007 dismissed RAPE ALLEGATION ON MY 128 G CHRONO FOR ALL TO SEE.

ON (3) ocassion AS A direct result my Ex-CRIPS ASSOCIATES battered AND STABBED me.

A. ON 5-9-17 At CMC PRISON (7) Black inmates BATTERED me because OF the dismissed RAPE-Suffix.

I managed to Hold my OWN EVEN though AN OFFICER SPRAYED me with O.C GAS INSTEAD OF those ASSAILANTS.

b. ON 3-18-18 (4) BLACK INMATES BATTERED me because of the dismissed RAPE-SUFFIX.

C. On 4-23-19 (3) Black inmates, (1) got away, battered and stabbed me near corner of both eyes. I thank God I was able to blocked a direct hit which would have popped my eyeballs.

However, I escaped the frying pan and into the fire.

A psychiatric technician named GIBBS maliciously put unidentify eye drop substance in my right eye during suture removal which resulted in total blindness. I filed suit but Edward d. davila unreasonably dismissed it with prejudice. Sad.

ICC knows each time they release me from adseg housing to G.P. yard with the dismissed rapo-suffix, and now E.O.P classification, it was a guaranty I would be attacked again. I informed committers verbally and with multiple 602 which they all acted with different indifferences to ignored and deprived me of reasonable safe containment. These status indifferent action also resulted in total lost of (3) years credit time on my 16 year prison sentence. Where is staff "rehabilitation effort?"

Around 4-25-18 an ICC counselor had removed the dismissed rape-suffix off my 128 G. chrono and I was able to program at safe-prison until 11-8-18 when counselor ESPINOZA told me they re-instated the rape-suffix back on my 128 G. chrono. See CSP-COR 18-6586, PBSP-A-19-00508, PBSP-S-19-00450.

11. and so with these active issues at hands, I was in distressed and reasonably asked Chief Deputy Warden Chamberlain and Counselor Bradford to allowed me reasonable safety, and retained me in 2-RHU pending transfer to SUSP.

12. However, cdw-Chamberlain and Counselor Bradford maliciously acted to deprived me of reasonable safety and set me up to be attack again.

13. cdw-Chamberlain got unreasonably agitated and told me, "No. If you have a safety concern issues go handle it there. we don't consider your prison politic here. dismissed me, and told c.o c. Gonzales, we done, get him out of here he yelled.

14. I stood to leave and voice my concern but "Bam" c.o c. Gonzales instantly and violently grabbed my cuffed arms and body to head slammed me head first to the floor.

15. my head hit the wall or locker and floor leaving a large swollen lump on right side of my head.

16. I hit the floor with maximum force. I felt a seared snapped pained and thought my left wrist was broken on impact.

17. I shouted, "my left wrist is broken" multiple times.

18. c.o s. Placios heard and saw it, scowled his face and continued with excessive force to twisted and torn at my injured left wrist, and gave me a

had dog stared as he inflicted 9. sadistic harm for committing to self.

19. C.O G. GARCIA, C.O A. DURAN Had piled atop my body and applied force as C.O D. SANCHEZ (F) secured my legs.

20. C.O S. Plactos then yelled " His left handcuff is broken off against his wrist." And threatened to spray me as he re-cuffed my injured wrists.

21. My right leg got injured so they stood me on my left leg.

22. They put me in wheel chair and Pt. McKinney conducted 7219 medical report of injury.
I told him I have SBI to my left wrist, right knee, and 1½ inch cut to left wrist, visibly bruise and swollen unable to flex and move.

23. C.O A. Chaney and staff rolled me back to my housing -2.170 and I notice SBI to my right side of head, stiff neck and shoulder.

24. At 10:55 A.m C.O C. Gonzales came by and threatened me again, told me they going to cell-extracted me to B-yard.

25. At 11:58 A.m A C.O and nurse (m) conducted pill call. I told them I need medical care
He said, " they already know and will get to me. They never did.

26. I put in 7362 requested medical service. But 7 days passed and I did not receive medical care.

27. C.O b. SANCHEZ (F) claimed I kicked 10. during the incident but I don't Recalled.

If I did, it was involuntary action due to prior damaged nerves, Charley horse and muscle spasm re-actions.

28. I also don't Recalled if C.O b. SANCHEZ and C.O A. DURAN applied Excessive Force.

29. C.O C. GONZALES, C.O S. PLACIOS maliciously used unnecessary Excessive Force when I was non-resistive in violation of my 8-th Amendment Rights. See CSP-Lac OGP log No. 560758

30. On 5-8-24 Wednesday 6:35 A.m meal service, C.O S. Placios had control of the food cart, and maliciously tampered and served my-Z170 drugged poison state meal to consumed again.
I ate some tampered scramble egg, dice potato, ham, cereal and contracted poisoning symptoms.
The unidentify viral or poison substance battered my body with chest pain symptoms, dizziness and digestive issues.
I lost alot of weight because staff disallowed me safe issue state meal to eat in grouped effort to punished and murder me slowly with their tampered meals.
At trash pick C.O S. Gomez who deliberately clipped my hand with the metal tray slot door had also attacked me with tampered meals.
C.O S. Placios maliciously acted to ignored food safety policy to tampered, and served me poison state meal to consumed in violation of my 8-th Amendment Rights.
See CSP-Lac OGP log No. 560758.

31. On 5-29-24 C.O R, NKWOCHA, C.O deNecenas escorted me to the prison medical unit.
RN, VENEGAS asked about the adverse effects.
I told her "2-RHU officers maliciously tried to kill me with poison state meals as reported in my 602's and 7362 Requests.

11.

I still felt adverse effect from the excessive food poisoning and 5-2-24 SBI incident with constant pain level 2-4.

These adverse symptoms included chest pain, headaches, dizziness, excessive urination, stooling, incomplete stooling, constipation or diarrhea. It also caused intestinal pain, bleeding gums, hurt teeth, blur vision, un-natural sleepiness or can't sleep. Mentally and physically weaked. I lost a lot of weight and health because these officers deprived me of reasonable safe state issue meal to consumed. I would eat a few bite, wait for adverse symptoms. And if tampered, trashed it, brush my mouth with soap and tooth paste. I then file the factual incident which the supervisory staff completly failed to substanstially investigates and stop.

32. RN. VENEGAS said that the poisoning violation were serious and want to monitor me.

I said o.k.

And she said, "well, you're still alive, you're not dead yet."

She dismissed me but said a doctor visit could be schedule in 7-14 days.

RN. VENEGAS provided lips service, not actual adequate medical care for a person suffering poisoning effect.

RN. VENEGAS acted with deliberate indifference in violation of my 8th Amendment medical protection in effort to cover up custody poisoning violations.

See CSP-LAC OGE LOG NO. 572771.

12.

33. ON 6-6-24 THURSDAY 6:50 A.M MEAL SERVICE, C.O S. PLACIOS HAD CONTROL OF THE FOOD CART, AND MALICIOUSLY TAMPERED AND SERVED MO-Z170 DRUGGED POISON STATE MEAL TO CONSUMED AGAIN. I ATE SOME TAMPERED MEAT PATTY, SCRAMBLE EGG, BEAN AND CONTACTED AN ADVERSE DRUGGED EFFECT.

THE UNIDENTIFIED SUBSTANCE BATTERED MY BODY WITH CHEST PAIN SYMPTOM, IRRITATION, BLUR VISION AND DIGESTIVE ISSUE LIKE INTESTINAL PAIN, FREQUENT URINATION AND INCOMPLETE STOOLING.

THE CLEAR PLASTIC LID WAS MARKER " PLANT BASE " TO IDENTIFY DIETARY SO IT CAN BE EASILY TRACK TO SEE WHO, HOW, WHEN AND WHERE THEY OPEN THE LID TO POISON IT, PUT BACK ON FOOD CART TO ATTACKED ME.

I'M UNABLE TO CONSUMED MY MEALS AND LOST ALOT OF WEIGHT BECAUSE STAFF DISALLOWED ME SAFE ISSUE STATE MEALS TO EAT IN EFFORT TO PUNISHED AND MURDER ME SLOWLY WITH THEIR DELIBERATE TAMPERED MEALS.

I REQUESTED D.A REFERRAL ON ALL INVOLVED STAFF AND THEIR SOLICITED INMATES.

C.O S. PLACIOS MALICIOUSLY ACTED TO IGNORED FOOD SAFETY POLICY TO TAMPERED, AND SERVED ME POISON STATE MEAL TO CONSUMED IN VIOLATION OF MY 8 TH AMENDMENT RIGHTS.

SEE CSP-LAC OGP LOG NO. 578426.

34. ON 6-6-24 THURSDAY 9:20 A.M C.O R. NKWOCHA, C.O R. PHILLIPS ESCORTED ME TO THE PRISON MEDICAL UNIT.

RN. MOSAY SAID RN. VENEGAS GAVE HER MY 7362 REQUEST TO SEE A DOCTOR AND TOXICOLOGY TEST. SHE SAID " WHAT UP ? "

I RE-TOLD ALL OF MY ADVERSE SYMPTOMS AND 2-RHU OFFICERS MALICIOUSLY AND SADISTICALLY TAMPERED AND FED ME DRUGGED POISON MEALS.

I NEED TO COLLECT EVIDENCE SO I CAN CLEAN UP THESE DIRTY BADGES.

I WANT TO SEE A DOCTOR AND GET A

toxicology test done asap because certain drug and poison are undetectable after several days or a few weeks...

C.o.d. Cox stood guard and witness the interaction.

Rn. Mosay asserted, "you had a urine test 4 month ago, why do you need another one and maliciously ignored the adverse symptoms I just informed her.

I saw her finished inputted information into the computer and I asked for vital sign check.

35. Rn. Mosay said, "ok, and wrap the black arm-band around my right arm, and activated the monitor machine. Moment later it stop and the vital sign numbers were extremely high. Rn. Mosay then re-wrapped the arm-band loosely around my bicep and fore-arm, re-activated the machine with barely any pressure at all. The arm-band was sliding off my arm when the number reader stop and she excitedly and maliciously exclaimed, "you have perfect blood pressure score." She removed the arm-band and dismissed me. She then informed me that she'll schedule a visit with Dr. Hernandez in 14 days.

C.o.d. Cox look at me and Rn. Mosay skeptically as I kept quiet in order to report factual actions.

It should be noted that dr. Hernandez did provided me urine test a couple time. Whate was tested for or not I will need expert testimony. Dr. Hernandez appeared to be a fair-handed physician...

36. THE vital sign machine defected abnormal body functioning and RN. Massy acted to provided me inadequate care in corroborated effort to cover up these involved officers poisoning violations.

RN. Massy acted with deliberate medical indifference in violation of my 8-th Amendment medical protection.

37. C.O R. Nkwocha asked did medical service me?

I said no. They took cover up action again to delay and denied me adequate care.

C.O Nkwocha escorted me back to 2171 and I attended ICC hearing.

38. On 6-6-24 Thursday, 11:30a.m. C.O M. Savro, C.O L. Gomez escorted me to committees again.

I.S.U officer E. Solano, C.O S. Plactos, C.O E. Torres stood guard.

I'm a short man, 5'6, 120 pound.

39. Counselor K. Bradford ccII told me committees elected to suspended my shu-term again even though they have not completed the 5-2-24 ICC incident RVR! 7440798 process, but release me to B-yard pending transfer to SVSP...

Counsel Bradford conveyed to me that it was not in her agreement to do so and shooked her head about possible due process violation.

40. I knew it was a hit job again.

41. cdw-chamberlain was the top dog shot caller in committee and decided that he can place my life in imminent danger and distressed.

42. I reasonably asked C.D.W. Chamberlain to keep me in Z-RHU CCCMS housing pending transfer to SVSP as already explained because of the dismissed rape-suffix, and 5 year EOP custody which my ex-associates already battered and stabbed me over.

43. Warden Chamberlain took administered indifferent action to disallowed me reasonable safe confinement, said "No." And maliciously stated again: "If you have a safety concern issues go handle it there. We don't consider your prison politic here." And dismissed me.

44. I was distressed by committees adverse action but was not a threat to any staff as C.O S. Placios claimed or official E. Solano assertion.

45. And as I stood to leave, instantly officer E. Solano unnecessarily attacked me violently, wrapped his arms around my cuffed arms and body to slammed me head first hard to the floor.

46. Instantaneously C.O S. Placios, C.O E. Torres grabbed my arms and body to slammed me to floor too.

47. C.O E. Torres excessively applied force.

48. C.O M. Sauro, C.O L. Gomez also attacked me using maximum force to my body and limps.

49. Staff combined body weights and applied strenghts piled atop my body knocked the air out my lungs.

50. These staff malicious and sadistic excessive force action caused me to pass out and felt massive pains across my body.

51. When I caught breathes I yelled "I can't breathes" and they turned me on left side to catch oxygen.

52. I was not resisting when these officers attacked me.

53. I don't recalled kicking any staff. if I did, it was involuntary due to muscle and charley spasm from the trauma they was inflicting and prior damaged nerves re-actions.

54. my right knee was injured and could not stand on it, so they stood me up on my left leg.

55. C.O L. Gomez was aggressively amp up and got in my face yelling at me about contraband I did not have as I stood chained up, non-resistive and secured on all side.

56. C.O L. Gomez aggressively patted my body and stood close to my left side making contact with my body as he acted deliberately to rubbed his dick and balls against my left leg sexually. I felt his aroused penis moves up and down my leg a couple of time.

57. I saw C.O A. Chaney, C.O S. Placios look directly at C.O L. Gomez sexually rubbing his penis up and down my leg. C.O Chaney (F) BWC should have captured C.O L. Gomez PREA-violation.

58. I could not walk so C.O Chaney (F) put me in a roll chair and rolled me back to 2.170 Housing.

17.

59.    At 11:33 A.m P.c. GALEANO conducted a 7219 medical injury report.

I told him I suffered sbi to my wrists, right knee and shoulder.

I then submitted multiple 7362 request to see doctor and X-RAY test.

60.    WARDEN CHAMBERLAIN indifferent action on these two occassion put my life in unnecessary harm as demonstrated in these incident, and the prior beaten and stabbing each time committees release me to GP yard.

WARDEN CHAMBERLAIN and assigned counselor bradford violated my RVR process and reasonable safe confinement in violation of my 8th amendment rights.

61.    C.O E. SOLANO, C.O S. placios, C.O E. TORRES use unnecessary and excessive force in violation of my 8-th amendment rights.

62.    C.O L. Gomez use excessive force and committed a PREA-violation in violation of state law and my 8-th amendment rights.

63.    I been beaten by 2 to 6 officers inside and outside of ICC hearing at least 9 times as they forcibly re-housed me on G.P yard from 2019 to present date.

64.    These involved defendants wantonly acted unlawfully to subjected me to cruel and unusual punishment discriminantly disguised as proper administrative remedies actions.

DATE: 9-17-25            Godbless, respectfully submitted,

CUONG HUY DAO
Plaintiff Pro-Se

C.H Cao

## PROOF OF SERVICE BY MAIL

(CCP §§1013(a), 2015.5; 28 U.S.C. §1746)

I, CUONG HUY DAO , hereby declare that I am over the age of 18. I am the petitioner in the above-entitled cause of action, and my legal mailing address CSP-COR 2-128 ~~CSP-LAC~~ . P.O. Box 3456, CORCORAN CA. 93212 ~~8457, Lancaster, CA 93539-8457.~~

On 9-17-25 , I delegated to prison officials the task of mailing, via the institution's internal mail system (Houston v. Lack, 487 U.S. 266 [101 L. Ed. 2d 245; 108 S. Ct. 2379] (1988)), the below entitled legal document(s):

1983 CIVIL RIGHTS COMPLAINT
" FIRST Amended complaint "
( 23 PAGES )
Additional Lawsuit (2 PAGES)
Additional Defendant (2 PAGES)

by placing said documents in a properly addressed and sealed envelope, with postage fully prepaid, in the United States Mail, deposited in the manner provided by ~~CSP-LAC.~~ CSP-COR and addressed as follows:

US dist court
central dist. of CA.
255 East temple st. Rm. 180
Los Angeles, CA - 90012

I further declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 17 day of September, 2025 at the California State Prison - Los Angeles County.



C. H DAO #AU6855
CSP-COR 2-128
P:O BOX 3456
CORCORAN, CA. 93212

CORCORAN
STATE PRISON
FIRST-CLASS

LEGAL
MAIL
9-17-25 "

US DISTRICT COURT
CENTRAL DIST. OF CA.
255 EAST TEMPLE st. R
LOS ANGELES, CA. 9001

NEW

CLERK U.S. DISTRICT COURT
SEP 2 3 2025
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

137050 9·17·25 T. MEDRANO.

Legal mail
9-17-25